# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 22-61 (RBW) |
| JON NICHOLAS HENEGHAN and CAROL O'NEAL KICINSKI, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on October 19, 2022, via teleconference, it is hereby

**ORDERED** that, on November 8, 2022 at 10:00 a.m., the parties shall appear for a plea hearing before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.  It is further

**ORDERED** that, on or before November 4, 2022, the parties shall submit to the Court the plea documents set out in the General Order Governing Criminal Cases Before the Honorable Reggie B. Walton, ECF No. 30.  It is further

**ORDERED** that, with the consent of both the defendants and the government, the time from October 19, 2022, until the plea hearing scheduled for November 8, 2022, is excluded under the Speedy Trial Act, in light of the defendants' desire to resolve this case short of trial and to allow the parties time to finalize the plea paperwork in this case.

2

**SO ORDERED** this 25th day of October, 2022.

_____
REGGIE B. WALTON
United States District Judge
