**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                            )         Criminal Action No. 22-61 (RBW)<br>)<br>JON NICHOLAS HENEGHAN and        )<br>CAROL O'NEAL KICINSKI,                  )<br>)<br>           Defendants.                              )<br>_____) | |

### ORDER

Upon consideration of the defendants' Joint Motion to Continue Sentencing Due to Medical Concerns of Counsel, ECF No. 55, and for good cause shown, it is hereby

**ORDERED** that the defendants' Joint Motion to Continue Sentencing Due to Medical Concerns of Counsel, ECF No. 55, is **GRANTED**. It is further

**ORDERED** that the sentencing hearing currently scheduled for February 23, 2023, is **VACATED**. It is further

**ORDERED** that, on April 3, 2023, at 10:00 a.m., the parties shall appear for a status hearing before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 16th day of February, 2023.

REGGIE B. WALTON
United States District Judge