UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-61 (RBW) |
| ) | |
| JON NICHOLAS HENEGHAN and ) | |
| CAROL O'NEAL KICINSKI, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the Defendants' Joint Motion for Per[]mission to Appear Telephonically at the April 3, 2023, Status Conference, ECF No. 61, and for good cause shown, it is hereby

**ORDERED** that the Defendants' Joint Motion for Per[]mission to Appear Telephonically at the April 3, 2023, Status Conference, ECF No. 61, is **GRANTED**. It is further

**ORDERED** that, due to a change in the Court's calendar, the status hearing currently scheduled for April 3, 2023, is **CONTINUED** to April 7, 2023, at 10:30 a.m. The parties shall appear before the Court, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 28th day of March, 2023.

REGGIE B. WALTON
United States District Judge