```
 1                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA,
                                             Criminal Action
 4              Plaintiff,                   No. 1:22-cr-0061

 5         vs.                               Washington, DC
                                             June 23, 2023
 6    JON NICHOLAS HENEGHAN (1),
      CAROL O'NEAL KICINSKI (2),
 7                                           9:38 a.m.
                Defendants.
 8    _____/

 9

                    TRANSCRIPT OF SENTENCINGS
10            BEFORE THE HONORABLE REGGIE B. WALTON
                 UNITED STATES DISTRICT JUDGE
11

12    APPEARANCES:

13    For the Government:      ZACHARY PHILLIPS
                               KAITLIN KLAMANN
14                               DOJ-USAO
                                 601 D Street, NW
15                               Washington, DC 20530

16

      For the Defendants:      DAVID LITTLE
17                               Brown, Doherty, Little
                                 450 Carillon Parkway, Suite 120
18                               St. Petersburg, FL 33716

19

20

21

22

      Court Reporter:         JEFF HOOK
23                               Official Court Reporter
                                 U.S. District & Bankruptcy Courts
24                               333 Constitution Avenue, NW
                                 Room 4700-C
25                               Washington, DC 20001
```

1              P R O C E E D I N G S

2          **DEPUTY CLERK:**  This is criminal matter 22-61,

3    United States of America v. Jon Nicholas Heneghan as

4    Defendant 1, and Carol O'Neal Kicinski as Defendant 2.  May

5    I have counsel and probation approach the lectern and state

6    your appearance for the record, beginning with the

7    government.

8          **MR. PHILLIPS:**  Good morning, Your Honor.  Zachary

9    Phillips and Kaitie Klamann on behalf of the United States.

10         **THE COURT:**  Good morning.

11         **MR. LITTLE:**  Good morning, Your Honor.  David

12   Little on behalf of Defendant Jon Heneghan and Defendant

13   Carol Kicinski.

14         **THE COURT:**  Good morning.

15         **MS. GAVITO:**  Good morning, Your Honor.  Aidee

16   Gavito with the probation office.

17         **THE COURT:**  Good morning.  This matter is here for

18   a sentencing in both of these cases.  I guess I'll take them

19   in the order in which they're identified on the docket, and

20   that would be Mr. Heneghan first.

21             In preparation for this sentencing, I did review

22   the plea agreement again; also, the statement of offense

23   that was submitted at the time of the plea agreement; also,

24   the presentence investigation report; also, the probation

25   officer's recommendation regarding sentencing; also, the

1   defendant's objection to the draft presentence report; also,

2   the government's sentencing memorandum; and, also, the

3   sentencing memorandum submitted by Mr. Heneghan.

4          My clerk reminds me that there was a video

5   submitted also, and I did not look at it fully because I

6   didn't know how much it was really relevant.  So we did

7   watch a part of it -- most of it.  And as I understand from

8   my clerk, who did watch all of it, is basically his

9   interaction with the individuals he provides rides for who

10   have some type of impairment.  But if counsel wants to play

11   part of it that you think is most relevant, obviously I'll

12   look at that also.

13          Anything else I should have considered, government

14   counsel, in preparation for sentencing?

15          **MR. PHILLIPS:**  No, Your Honor.

16          **THE COURT:**  Defense?

17          **MR. LITTLE:**  No, Your Honor.

18          **THE COURT:**  There were some objections that were

19   raised by the defense to the report.  The probation office

20   has provided a response in reference to all of those

21   objections, but I'll hear from counsel for Mr. Heneghan, if

22   you want to further elaborate on why you think the

23   objections are appropriate.

24          **MR. LITTLE:**  Thank you, Your Honor.  Your Honor, I

25   know we're going to address Mr. Heneghan first; however, I

1    would let you know that the objections and the arguments are

2    going to be relevant to Ms. Kicinski, because they're

3    identical paragraphs within the PSR.

4           THE COURT:  Very well.

5           MR. LITTLE:  To start with -- and I've consulted

6    with the government this morning, our first objections to

7    paragraphs four and eight, we are withdrawing that objection

8    this morning.

9           THE COURT:  Very well.

10           MR. LITTLE:  And then the objection that we filed

11   to paragraph 89, which relates to condition number 10 of any

12   probation sentence that would be imposed, and --

13           THE COURT:  Paragraph what, 89?

14           MR. LITTLE:  Paragraph 89.

15           THE COURT:  Okay.

16           MR. LITTLE:  We're withdrawing that one as well.

17   It was regarding the firearm prohibition if they were

18   sentenced to probation.

19           THE COURT:  Very well.

20           MR. LITTLE:  The remaining paragraphs I'll

21   address.  The first objection is to paragraphs 21 and 24.

22   And if the Court remembers, back at the time of the change

23   of plea, there was a sentence in the statement of the

24   offense where it talked about a blaring siren at the time

25   Mr. Heneghan and Ms. Kicinski entered through the Senate

1    wing door.  There was an objection at that time that whether

2    the siren was blaring, whether it was audible or whether

3    they even heard it, for the Court's understanding, it has no

4    effect on the guidelines or of the elements of the offense.

5              But at the time of the change of plea,

6    Mr. Heneghan and Ms. Kicinski just wanted factual

7    clarification that they didn't agree with the assertion that

8    the siren was audible to them when they entered through the

9    Senate wing door.  I'm going to leave that in the Court's

10   discretion.  Again, it doesn't change the guidelines, it

11   doesn't change the elements of the offense, but that is

12   something for factual purposes that they wanted to address

13   with the Court.

14        **THE COURT:**  Well, I have listened to -- watched a

15   number of tape recordings of these events, and specifically

16   this location, and there was, in fact, an alarm that was

17   pretty loud.  Now, obviously I can't say if somebody

18   necessarily heard it, but you would think they would.  I'll

19   have the probation department just add that the defendants

20   contend that they did not hear the alarm.

21        **MR. LITTLE:**  Your Honor, the next objection would

22   be to paragraph 28.  This has to do with what probation

23   classified Mr. Heneghan and Ms. Kicinski to be average --

24   essentially have an average role in the offense.  Our

25   position is that the conduct that Mr. Heneghan and

Case 1:22-cr-00061-RBW   Document 84   Filed 05/06/24   Page 6 of 86

6

1    Ms. Kicinski engaged in on January 6th was substantially

2    less culpable than the average participant.  And what I mean

3    by that, Judge -- and I'll clarify just a few points, is

4    that prior to the offense, there was no evidence presented

5    that they engaged in any planning or organization or

6    traveled with a group of people to the Capitol.

7          The offense -- or the evidence was that they

8    traveled together alone to Washington, D.C. for purposes of

9    attending the rally.  Once at the Capitol, there was no

10   evidence that they came face to face, encountered, argued

11   with any law enforcement officers, caused any damage to

12   property, caused any harm to anybody.  And more importantly,

13   Your Honor, subsequent to leaving the Capitol, there's no

14   evidence that they then went to social media, bragged about

15   being in the Capitol, posted videos, images about being in

16   the Capitol -- which, when I review many of the cases, that

17   seems to be the average conduct of the people involved.

18         So while I'm not arguing they should have a minor

19   role reduction, what I am asking is that the language be

20   clarified.  Our position is that they were not the average

21   participant, and I think that's important for what my

22   sentencing argument to the Court's going to be:  That the

23   Court should consider their limited or less culpable conduct

24   when considering a low end or a probation sentence in this

25   case versus a jail sentence.

1    **THE COURT:**  Well, I do think there's a distinction

2    between some of the individuals who merely just walked into

3    the Rotunda area or walked into the part of the Capitol

4    itself that did not involve the office of a member,

5    especially an office of the Speaker of the House who's one

6    of the highest level government officials in our government.

7    Those individuals who just went into the building itself but

8    did not go into individual offices, I think obviously their

9    conduct, in my view, is less culpable -- although I'm not in

10   any way saying it's not serious conduct, but a lot less

11   culpable than those who went into the Speaker's office and

12   knew they were in the Speaker's office, and sort of relished

13   the idea that they were in the Speaker's office.

14       So it would be my view that their conduct

15   obviously doesn't rise to the level of those who assaulted

16   police, but those who did damage.  But it would be my view

17   that this is an accurate indication of their degree of

18   involvement, so I deny the request for any change in that

19   regard.

20   **MR. LITTLE:**  Can I address one thing -- and the

21   Court reminded me when we talked about the conduct inside of

22   the Speaker's office.  And I've consulted with the

23   government about this.  There's an allegation in the PSR,

24   paragraph 26, where it references Ms. Kicinski's on a video

25   recording yelling:  "SWAT, SWAT."

1          **THE COURT:**  Right.

2          **MR. LITTLE:**  I've consulted with the government.

3     Apparently two lawyers, in looking at the PSR on multiple

4     occasions, that was an oversight.  Ms. Kicinski is filming

5     the video, she is not yelling:  "SWAT, SWAT."  The

6     government's agreed with that.

7          **THE COURT:**  Does the government agree with that?

8          **MR. PHILLIPS:**  The government does agree.  She did

9     state:  "Oh my God, this is Nancy Pelosi's office.  It looks

10    like she left in a hurry.  Oh my God.  I would say that

11    Americans are upset."  The next -- the words:  "SWAT, SWAT,"

12    was not Ms. Kicinski, it was a different individual.

13         **THE COURT:**  Very well.  I'll order that that be

14    removed.

15         **MR. LITTLE:**  And the final --

16         **THE COURT:**  One moment, I'm noting this down.

17         **MR. LITTLE:**  The final objection, Your Honor, is

18    paragraph 29 which deals with the victim impact from the

19    offense.  Particularly this paragraph makes this

20    generalization that individuals gathered outside, large

21    crowds, and damaged was caused.  All we're asking is

22    clarification within that paragraph that these two

23    individuals, Mr. Heneghan and Ms. Kicinski, while they did

24    agree to pay restitution as part of the plea agreement, we

25    just want clarification in that paragraph that there is no

1   evidence and there have been no admissions that these two

2   individuals before the Court actually caused any of that

3   damage; that the agreement to pay restitution was part of

4   the plea agreement.

5        **THE COURT:**  Well, I wouldn't say that they didn't

6   cause.  I would probably agree that it should indicate maybe

7   that there's no indication that they specifically damaged

8   any property, because I think everybody who was there

9   contributed to what took place.  Because it was a mob

10  mentality that I think caused all of this to occur.  I'm

11  confident that if these individuals had been there by

12  themselves, they wouldn't have done it.  But they got caught

13  up in the mob mentality, and as a result of that tried to

14  destroy our Capitol.

15       So I will require that it indicate that there is

16  no indication that they specifically did any damage to the

17  property.

18       **MR. LITTLE:**  And Your Honor, with that, I have no

19  other objections to the factual allegations set forth in

20  either of the PSRs, to Mr. Heneghan or Ms. Kicinski.

21       **THE COURT:**  Very well.  Government, I understand

22  you don't have any objections to the report?

23       **MR. PHILLIPS:**  No, not after clarifying the:

24  "SWAT, SWAT."

25       **THE COURT:**  Very well.  With those changes that

1   I've agreed should be incorporated into the report, and the

2   probation office will do that, I will accept both the report

3   and the guidelines as accurate.

4           Government counsel, any allocution?

5           **MR. PHILLIPS:**  Yes, Your Honor, briefly.  Your

6   Honor, as the Court is aware from our sentencing memo, the

7   government is asking for 30 days of incarceration, one year

8   of supervised release, 60 hours of community service and the

9   agreed upon $500 in restitution.  The main factors here that

10  caused the government to ask for a period of incarceration

11  are that both of these defendants came to the Upper West

12  Terrace, and each individually, separately, briefly came

13  through the Senate wing doors.  They stepped through the

14  threshold, they look and then they exit.  And then the other

15  one comes in, looks and exits.  It's about 30 seconds later

16  that they come in as a couple or as a pair.  And the idea

17  that they were being forced in by the mob is ridiculous.

18  They walk in, they're not pushed in.

19          After coming in, they had every opportunity -- if,

20  in fact, those behind them were forcing them into the area,

21  to exit out, and they didn't.  Instead, they chose to go

22  down the hallway.  And as the Court noted, they go up the

23  stairs and then come to where it clearly says it's Speaker

24  Pelosi's suite.  Upon going in there -- which is a much more

25  secure area and a much more sacred area, it's there that we

1    see -- and I guess Ms. Kicinski's next, and I noted her --

2    I'll note her statements at the time.  But they both go into

3    the Speaker's chambers.  And what's interesting about the

4    "SWAT, SWAT" statement is that they are in there until

5    somebody does say:  "SWAT, SWAT."  And it's then that many

6    people rush out of that chambers into the hallway, and they

7    make their way to the Rotunda; and there, wander around

8    before eventually leaving.

9         They were in the building -- the Capitol for a

10    significant period of time -- I mean, it's all relative, but

11    approximately 20 minutes, which is a significant period of

12    time for people to be there when a riot is going on.  Yes,

13    these -- they didn't cause any specific damage, but they

14    were certainly part of the group.  They were part of the

15    rioters.  They were part of the chaos.

16         And given all of their conduct on that day, the

17    government would ask for the term of imprisonment as well as

18    the term of supervised release and community service.

19         **THE COURT:**  Thank you.

20         **MR. LITTLE:**  Your Honor, does the Court have a

21    preference as to presentation from the defense, whether

22    character witnesses and/or Mr. --

23         **THE COURT:**  However you want to proceed.

24         **MR. LITTLE:**  I will have the character

25    witnesses -- and we filed a witness list.  I can name them

1    one by one and have them approach the podium and speak.  I

2    believe the first speaker was going to be Angie Moore.

3             **THE COURT:**  You can take a seat in the witness

4    stand.

5             **MS. ANGIE MOORE:**  You want me over there?

6             **THE COURT:**  Yes.

7             **MR. LITTLE:**  Good morning, Ms. Moore.  How are

8    you?

9             **MS. ANGIE MOORE:**  Good, thank you.

10            **MR. LITTLE:**  Ms. Moore, do you know Mr. Heneghan

11   and Ms. Kicinski?

12            **MS. ANGIE MOORE:**  I do.

13            **MR. LITTLE:**  And did you prepare a statement that

14   you wish to read to the Court this morning on behalf of

15   Ms. Kicinski and/or Mr. Heneghan?

16            **MS. ANGIE MOORE:**  Yes.

17            **MR. LITTLE:**  And are you prepared to do that?

18            **MS. ANGIE MOORE:**  I am.

19            **THE COURT:**  I would just say that I did read --

20   there were I think 19 letters submitted on behalf of -- I

21   think it was Ms. Kicinski, I did read all of those letters.

22            **MR. LITTLE:**  Ms. Moore, do you have something

23   outside of what you provided in the letter that you wish to

24   address to the Court this morning?  Did you prepare a

25   statement this morning?

1          **MS. ANGIE MOORE:**  Yeah, I did.  I'm just trying to

2     remember what I said in that letter.

3          **MR. LITTLE:**  I would just ask if she could read

4     whatever she's prepared this morning?

5          **MS. ANGIE MOORE:**  Yes, it's pretty short.  Go

6     ahead?

7          **MR. LITTLE:**  Yes.

8          **MS. ANGIE MOORE:**  "Good morning, Your Honor.  I've

9     known Carol for a long time, over 30 years.  I know her to

10    be kind, helpful, ethical and loyal.  She's an excellent

11    mother and friend.  Her children, grandchildren and friends

12    love her, and the world is just a better place with her in

13    it.  I know she has great remorse over what happened on that

14    day, and has received counseling regarding her actions so

15    that she never repeats those actions.  She has suffered a

16    great deal regarding this incident.  She had to step down as

17    president of her company, has suffered financial losses as

18    well as a great deal of stress in her life.  For the past

19    year and a half, she has been under supervision and complied

20    with everything she was asked to do.  I am asking you for no

21    further penance.  She is really a good individual."

22          Thank you.

23          **THE COURT:**  Thank you.

24          **MR. LITTLE:**  Thank you, Ms. Moore.

25          Good morning, sir.  How are you?

1      **MR. DUSTIN KICINSKI:**  Good, thank you.

2      **MR. LITTLE:**  Can you please identify yourself for

3   the Court.

4      **MR. DUSTIN KICINSKI:**  I am Carol's youngest son,

5   Dustin Kicinski.

6      **MR. LITTLE:**  And Mr. Kicinski, you're

7   Ms. Kicinski's son.  Do you know Mr. Heneghan as well?

8      **MR. DUSTIN KICINSKI:**  I do.

9      **MR. LITTLE:**  And have you prepared a statement

10  that you wish to read to the Court this morning?

11     **MR. DUSTIN KICINSKI:**  I have.

12     **MR. LITTLE:**  Your Honor, may he proceed?

13     **THE COURT:**  Yes.

14     **MR. DUSTIN KICINSKI:**  "Good morning, Your Honor.

15  I am Dustin Kicinski, Carol's youngest son, and the father

16  to her four grandchildren.  Thank you for your time today.

17  I am speaking today in hopes of giving you a more complete

18  picture of who my mother is as a person.  My mother raised

19  my brother and I with love and compassion, but also with

20  morals and ethics.  I was raised to follow the laws of the

21  land, to treat people respectfully, and to be a contributing

22  member of society.  We learned the value and rewards of hard

23  work.  In our house, if we digressed from the straight path,

24  we were swiftly put back on track.

25          "My parents believed in helping others in need and

1    in giving back.  They volunteered with the Red Cross in five

2    countries on three continents.  They spent years teaching

3    human rights and promoting a lifestyle enriched with

4    respect, compassion, production and high morals.  They

5    believed above all that the key to happiness was living an

6    ethical life.

7          "When Katrina hit New Orleans, my mother flew

8    there and volunteered her time and service to help the

9    community.  She was part of a team that delivered medicine,

10   food, dry socks and comfort to the first responders.  She

11   was personally approached by the NOPD to help comfort those

12   who had been traumatized by the events, which she willingly

13   did.  Five years ago, my father was diagnosed with

14   glioblastoma, a rare, incurable cancer.  My mother dedicated

15   her life to making sure my father was able to exit this

16   world with dignity.  She did it with grace and nobility, and

17   honored my father's wishes in every way, never once thinking

18   of her own feelings.  My parents were married for 41 years.

19         "I have a deep respect for our country and our

20   laws.  This was instilled in me by my parents, my mother,

21   and by her father, my grandfather, a highly decorated

22   lieutenant colonel in the Air Force buried near here at

23   Arlington National Cemetery.  I know my mother loves this

24   country, and that she would never knowingly do anything to

25   harm it.  My hope is that you consider all the good she has

1   done in her lifetime when you make your decision on

2   sentencing her.  Thank you, Your Honor."

3             **THE COURT:**  Thank you.

4             **MR. LITTLE:**  Good morning, ma'am.  How are you?

5             **MS. ANGELA WEARN:**  I'm good, thank you.

6             **MR. LITTLE:**  Could you please identify yourself

7   for the Court.

8             **MS. ANGELA WEARN:**  My name is Angela Wearn.

9             **MR. LITTLE:**  Do you know Ms. Kicinski and

10  Mr. Heneghan?

11            **MS. ANGELA WEARN:**  Yes.

12            **MR. LITTLE:**  And have you prepared a statement

13  that you wish to read to the Court this morning?

14            **MS. ANGELA WEARN:**  I have.

15            **MR. LITTLE:**  Your Honor, may she proceed?

16            **THE COURT:**  Yes.

17            **MS. ANGELA WEARN:**  "Good morning, Your Honor.  My

18  name is Angela Wearn.  I grew up with Carol sons.  I was a

19  regular presence in their home, and I still am today.  I

20  stand before the Honorable Court to provide a character

21  statement on behalf of Carol.  I've known Carol since I was

22  14 years old, and throughout the years she has consistently

23  demonstrated qualities that I have sought to emulate in my

24  own life.  She has shown dedication to being a nurturing and

25  loving mother to her son, their spouses, her grandchildren,

1    her extended family."  Sorry, I'm a little nervous.

2            "In addition to being an outstanding mother,

3    Carol's a self-made female business owner helping people

4    impacted by autoimmune disease through creating an

5    environment of understanding and education where they can

6    live life and enjoy it just the same as someone unaffected.

7    She's shown tenacity, leadership and a strong work ethic in

8    managing her business.  During COVID, she continued to pay

9    her employees out of her own pocket, despite the shutdown,

10   to ensure their families were taken care of and they all got

11   through it together.

12           "What I believe sets Carol apart is her ability to

13   welcome individuals from all walks of life, religions and

14   political ideologies.  I've only seen, myself, her create an

15   environment that fosters open dialogue and debate.  She

16   respects differing opinions, and creates a space where

17   people can come together and engage in discussions.  Her

18   dinner table's always very alive with varying topics and

19   opinions.  And I've seen Carol treat differing opinions with

20   curiosity and interest rather than animosity and close

21   mindedness.

22           "Carol's made obviously significant contributions

23   to charitable organizations and betterment activities.

24   She's devoted her time, resource and energy to various

25   causes aiming to make a positive impact on society, uplift

1    those in need and help others.  This incident and these

2    charges have made Carol self-examine and reflect.  I

3    regularly go on long walks with Carol throughout our

4    neighborhood, and during these walks she's expressed extreme

5    remorse that through her actions she's not only brought

6    consequences on herself but those around her.  She

7    understands and accepts that she should have recognized and

8    made better decisions, and she has not backed away from

9    taking responsibility.

10          "In conclusion, and without reservation, I would

11   vouch for Carol's character, and ask this Honorable Court to

12   consider her many exceptional qualities, her positive

13   influence on my life and others, and her contributions to

14   society.  I firmly believe that despite this incident and

15   the reason we're here today, that the sum total of her

16   actions and values reflect an individual who's consistency

17   demonstrated integrity, compassion, and tries to make the

18   world a better place.

19          "Your Honor, I ask for leniency and understanding

20   in considering the totality of Carol's character, and the

21   profound impact she's had on numerous lives.  She is an

22   exemplary individual who is remorseful.  I have the utmost

23   confidence in her ability to learn from any mistakes and

24   continue to contribute positively to her community.  Thank

25   you for allowing me to speak today, and for the Court's

1   time."

2           THE COURT:  Thank you.

3           MR. LITTLE:  Good morning.  How are you?

4           MS. SHANNON CHARLES:  Good, thank you.

5           MR. LITTLE:  Could you please identify yourself

6   for the record.

7           MS. SHANNON CHARLES:  My name is Shannon Charles.

8           MR. LITTLE:  And Ms. Charles, have you prepared a

9   statement that you wish to read to the Court this morning?

10          MS. SHANNON CHARLES:  I have, sir.

11          MR. LITTLE:  And can you go ahead and proceed with

12  that.

13          MS. SHANNON CHARLES:  Yes, sir.  Good morning,

14  Your Honor.  Thank you all for your time.

15          "I would like to testify as a character witness to

16  defend my friends, Jon Heneghan and Carol Kicinski.  In

17  light of recent events surrounding January 6th, I feel

18  compelled to provide my perspective on Carol Kicinski and

19  Jon Heneghan, who are dear friends of mine.  While I

20  understand the seriousness of the charges they face, it is

21  important to consider their character and the positive

22  impact they have had on their community and the people

23  around them.

24          "I've known Carol for many years, working closely

25  with her in the natural product industry.  Throughout our

1   professional relationship, I've witnessed her unwavering

2   dedication and commitment to her work.  Carol consistently

3   poured her heart and intellect into every project ensuring

4   my brand's marketing efforts resonated with consumers and

5   delivered meaningful content within our constraints of

6   budget.  Time and time again she exceeded expectations and

7   made our team shine like rock stars.  Her wisdom,

8   discernment and trustworthiness have been evident at every

9   interaction.

10       "Beyond our professional connection, I've had the

11   privilege of knowing Carol on a personal level.  She's a

12   beacon of loyalty, compassion, and with a heart that knows

13   no bounds.  Your Honor, Carol's kindness has no limits.  She

14   has always been willing to go above and beyond to help those

15   in need.  An example is when I was trying to call my friend

16   after Katrina devastated so many, I couldn't get ahold of

17   her because she was already in action raising awareness in

18   her community before recruiting to get on the road to go

19   help those in need.  She's an expert at helping those who

20   have suffered severe trauma, as she has in her life, and her

21   strength as always amazed me.  Her generosity and

22   selflessness are truly inspiring.

23       "But perhaps the most significant aspect of

24   Carol's life is her role as a mother.  She has raised

25   exceptional human beings, as evidenced here today by her two

1   sons who are present in the courtroom today.  Witnessing

2   their incredible family dynamic has been a blessing.  Carol

3   has instilled in her children a deep love for others,

4   fostering a sense of uniqueness and importance in every

5   individual they encounter.  I firmly believe that their

6   appreciation for others stems from Carol's own genuine

7   regard for people.  It is a beautiful thing to behold, and

8   it has influenced the way I speak and raised my own five

9   children.

10       "Her home has always been a haven of warmth,

11   laughter and, of course, delicious gluten-free food.  On

12   numerous occasions, I've seen her exemplary conduct both

13   within her household and with the wider community.  A few

14   years ago I was introduced to Jon, Carol's new beau.  Jon

15   quickly fit right into the mold and we became fast friends.

16   Jon brought a joyful addition to my children's family, and

17   I've witnessed nothing but a deep loving man to my friend

18   Carol, an amazing Uncle Jon to our children.  Jon is the

19   kind of man with the patience of an angel, who will sit down

20   and for hours talk to the little ones, and not only talk,

21   but teach them life lessons and skills.  Let's just say my

22   10 year old is a boss at the poker table now.  Jon has a way

23   of instilling confidence he brings in his own life as a

24   proud man, and my children see and try to emulate.

25       "In light of Jon and Carol's remarkable character,

1    I urge the Court to consider the entirety of their life,

2    their contributions and the love they have shared with their

3    family and friends.  While the events of January 6th are

4    deeply troubling to all, they do not define the entirety of

5    a person's being.  Carol Kicinski and Jon Heneghan deserve

6    to be seen in the context of their lives where their actions

7    have undoubtedly touched and improved the lives of all those

8    around them."

9             Thank you, Your Honor, and for everyone in this

10   court for your time to hear my perspective.

11            **THE COURT:**  Thank you.

12            **MR. LITTLE:**  Good morning, sir.  How are you?

13            **MR. COLIN KICINSKI:**  Doing well.  Yourself?

14            **MR. LITTLE:**  Good.  Can you please identify

15   yourself for the Court.

16            **MR. COLIN KICINSKI:**  My name's Colin Kicinski.

17            **MR. LITTLE:**  And Mr. Kicinski, have you prepared a

18   statement that you wish to address to the Court this

19   morning?

20            **MR. COLIN KICINSKI:**  Yes.

21            **MR. LITTLE:**  And would you go ahead and proceed

22   with that?

23            **MR. COLIN KICINSKI:**  Yes.

24            **MR. LITTLE:**  Thank you.

25            **MR. COLIN KICINSKI:**  Hi, Your Honor.  I didn't

1    have a letter in before, just so you know, so this is fresh

2    data I guess or a speech.  Your Honor, thank you for

3    listening to me today and everyone else here.  I really

4    appreciate you considering what we're actually saying here

5    about my mother.

6            I'm my mother and father's firstborn, and I can

7    tell you from experience about the character of my parents,

8    and how my brother and I were raised.  We were taught to be

9    helpful, kind and loving.  And we were taught to respect

10   authority, to love our country, and respect other people's

11   religions, and respect the military -- like my grandfather

12   who served for over 30 years.  But above all, the number one

13   thing we were taught was to take responsibility, and not

14   only for ourselves, but for others.  And this has been one

15   of the key points given to me through lessons throughout my

16   life.

17           Until just over five years ago, I was fortunate

18   enough to have both of my parents happily married for my

19   entire life.  My father unfortunately passed away at just 69

20   years old leaving my mother without her guiding partner

21   since she was 18.  My mother then became the matriarch of

22   the family after my father passed.  At a time when we all

23   needed it, she led the family with compassion, stoicism and

24   love.

25           My hope in speaking today was to give the Court a

1   small taste of what type of person my mother is, because one

2   action is not the totality of who a person is, but the

3   actions they do over and over and over again.  That will

4   give you a much better picture.  Some may see a bad act and

5   think that's all that someone is.  Yet, if examined more

6   closely, you'll find very few misguided steps and many, many

7   more amazing deeds done in my mother's case.  My parents

8   were fortunate enough to semi-retire some 25 years ago.  I

9   mean, quite literally the first thing they did was to pack

10  their bags, and they went to Africa and helped open up some

11  education centers in five different countries, and spent --

12  volunteered their time, money and resources into helping

13  others.

14          My parents worked very, very hard, Your Honor, my

15  entire life.  As soon as they had an opportunity to slow

16  down, they put that much energy into helping other people's

17  lives.  My mother, my brother and myself are afflicted with

18  celiac disease, and myself, many other autoimmune disorders.

19  She saw that there was a whole community of people suffering

20  the same way my brother and I were, so she researched,

21  educated herself, started creating resources for the entire

22  community, not just for our family.  In a short time, she

23  became the number one resource for the celiac community in

24  this country.  She created recipes, education and a platform

25  to help people's lives get better and not feel so isolated.

1    That was life-changing help for these people -- and myself,

2    too, to be able to follow this.  Through the pandemic, she

3    fearlessly led the company not letting a single person go,

4    to her own financial detriment -- which was pretty

5    significant.

6            Your Honor, I know my mom, and I know her

7    intentions are always good.  I know it may be hard to see

8    from just hearing everyone here tell you these stories and

9    such that she may have a sense of regret and real

10   punishment, I get that.  But it is real.  Honestly, Your

11   Honor, I work with my mother every day, and I've seen the

12   damage this has done.  It's been an extremely tough road

13   within the family, company, and spiritually for herself.

14   She spent most of her life helping others.  Her impact has

15   been quite significant.

16           Your Honor, thank you for listening to me.  And I

17   ask that you take into consideration the true character of

18   my mother, not just a snapshot into a day.  She's helped an

19   unbelievable amount of -- I mean, hundreds of thousands of

20   people in a real way.  She's quite literally a pillar of

21   strength, tenacity, and the biggest example of what hard

22   work and great intentions can do.  So thank you for your

23   time, Your Honor, in hearing me out.  I ask that you might

24   take into considerations the things myself and everyone else

25   has said here in considering her sentence.  So thank you,

1    Your Honor.

2              **THE COURT:**  Thank you.

3              **MR. COLIN KICINSKI:**  You're welcome.

4              **MR. LITTLE:**  Your Honor, finally we would have

5    Greg Moore.

6              Good morning.  Please identify yourself for the

7    Court.

8              **MR. GREG MOORE:**  Yeah, Greg Moore.

9              **MR. LITTLE:**  And Mr. Moore, do you know

10   Mr. Heneghan and Ms. Kicinski?

11             **MR. GREG MOORE:**  I do.

12             **MR. LITTLE:**  And how do you know them?

13             **MR. GREG MOORE:**  We're friends.

14             **MR. LITTLE:**  And have you prepared a statement you

15   wish to address to the Court this morning?

16             **MR. GREG MOORE:**  Yes, I have.

17             **MR. LITTLE:**  Are you prepared to do that?

18             **MR. GREG MOORE:**  Sorry?

19             **MR. LITTLE:**  Are you prepared to do that?

20             **MR. GREG MOORE:**  Yes.

21             **MR. LITTLE:**  You can proceed.

22             **MR. GREG MOORE:**  "Jon and Carol are two

23   individuals with a genuine concern for their personal ethics

24   and morals.  I can confirm this from the counseling that I

25   delivered to them.  That journey made them realize the

1    gravity of their mistakes; and realizing the gravity of

2    their mistakes, they acknowledged the need for professional

3    guidance to prevent such mistakes from reoccurring.  While

4    they may have stumbled along the way, their deep regret for

5    their past actions has demonstrated to me an increased

6    awareness of their personal ethics, their morals, and

7    responsibility towards society.

8         "Their counseling journey was not without its

9    challenges, as it required immense self-reflection, empathy,

10   and a willingness to confront uncomfortable truths.  Yet,

11   through their perseverance and shared determination, Jon and

12   Carol emerged stronger than ever before.  This experience

13   has not only brought them closer together as a couple, but

14   in my opinion also it helped them become more responsible

15   citizens with the ability to evaluate importances to assist

16   them in ethical decision making."

17        Thank you, Your Honor.

18        **THE COURT:**  Thank you.

19        **MR. LITTLE:**  At this time, I would have

20   Mr. Heneghan come forward and address the Court.

21        **DEFENDANT HENEGHAN:**  Good morning, Your Honor.  My

22   name is Jon Heneghan.  I was raised by my parents, who

23   stayed married for over 50 years until my father's death.

24   My father was Jon Heneghan, Sr.  He was a strict discipline

25   father who served in the Korean war.  Growing up in Chicago

1    in an Irish Catholic Democrat JFK household, my father

2    taught me to question things in life:  Don't take for

3    granted the freedom that you have in this great country; and

4    that JFK, despite his flaws, had this country's best

5    interests in mind.

6              I was in Washington to see the outgoing president

7    speak, and participate in our democracy and exercise my

8    constitutional First Amendment right; not to undermine the

9    government, damage any property, attack any person or join

10   any militia group.  While I would never regret what is going

11   on in my country -- following what is going on in my country

12   and pouring my own opinion through my own counsel and

13   perceptions, what I do deeply regret is going into the

14   Capitol -- which naively I did not realize the true gravity

15   of the situation.  I crossed the line, and this is why I'm

16   here.

17             I watched the Supreme Court Justice hearings for

18   Judge Kavanaugh, and witnessed multiple protesters shouting

19   down the Senators and Judge Kavanaugh.  My thoughts were

20   never to do something so egregious and disrespectful -- my

21   thoughts were I would never do something so egregious and

22   disrespectful.  Just two and a half months before January

23   6th, I watched people protest setting another Supreme Court

24   Justice hearing for Amy Coney Barrett at the Capitol.  I ask

25   Your Honor to hand out a ruling that is fair concerning my

1    lack of criminal activity in my life for 58 years, and my

2    actions since I was arrested.

3         When we entered the Capitol, it became clear

4    things were not the way we thought it might be.  We had some

5    trepidation, and right away we tried to leave the way we

6    came in.  However, we couldn't due to the masses of people

7    that were coming in behind us, so we decided to go through

8    the Capitol peacefully.  This fact I felt was

9    mischaracterized in the sentencing memorandum from the

10   prosecution as one of the reasons we should be incarcerated.

11   He also compared me to other people committing violence and

12   rioters, even though it has been established that I didn't

13   commit any violence nor did I assault anyone or cause damage

14   to the Capitol.

15        When we left the Capitol, it was a mass of

16   humanity at the exit doors.  We didn't push or shove anyone,

17   we moved slowly towards the door.  I finally was able to

18   politely ask a police officer if we could leave through

19   these doors, and he politely stood aside as we walked out.

20   When I learned from the sentencing memorandum that my

21   actions were viewed as making a spectacle, in a way

22   contributing or supporting the injury of a police officer, I

23   was extremely distressed.  I saw a scuffle in a mass of

24   people, and felt that taking a few photos might provide

25   evidence of what occurred.  I was not there long.  I never

1  used or distributed the video on social media or any other

2  platforms.  I have an immense amount of respect for the

3  police, how hard their job is and the service they provide

4  in the public.

5        I regretted and was deeply saddened that over a

6  hundred officers were injured at the Capitol, and that some

7  died and later committed suicide.  If part of my sentence

8  includes community service, I think it would be a great idea

9  to help retired or disabled police.  I'm a law abiding

10  citizen without a criminal record.  I've learned many new

11  phrases like pretrial supervision, warrants, what a

12  misdemeanor is, sentencing memorandums and the scoring

13  system of crimes, things I never thought I would have to

14  learn.

15        I've been taught throughout my life from my

16  father, my wrestling coach and my religious teachings that

17  when someone does something wrong, if that same person

18  continues the behavior again and again, it's a sign of a

19  criminal disposition.  It's important to learn from one's

20  mistakes and change your behavior.  I've learned from my

21  mistakes and have done a lot of work on myself so that I

22  will never do something like this again.

23        Your Honor, I guarantee that this will never

24  happen again in my lifetime.  Thank you.

25        **THE COURT:**  You can stay where you are, sir.  As I

1    handle the unfortunate number of cases I have to address as

2    a result of what occurred on January 6th, it's sort of mind

3    boggling to me how individuals who have not been involved in

4    criminal behavior before became so enamored with someone

5    that they were prepared to put their good name and

6    reputation in the trash for that one person.  I don't

7    understand that mentality, I just don't.

8           And yeah, it's fine, the American way is to speak

9    out and protest.  But what I think a lot of people don't

10   understand who were involved in that event on January 6th is

11   the fact that their mere presence contributed to the mob

12   mentality that resulted in what occurred on that day.

13   Because I am confident that if you had been there by

14   yourself or just you and her, that you wouldn't have done

15   what you did.  And it's very troubling that you seem to have

16   a mindset, at least on that day, that was so perverted that

17   your dislike or dismay for our democratic process caused you

18   to do what you did.  I mean, to go into the Speaker of the

19   House -- into her office, in and of itself, is just

20   distressful.  She's, what, the number three person in our

21   country.  And whether you like her or not, that's who she

22   is, that's who the people voted for.

23          And, you know, the fact that so many people came

24   here based upon a lie.  There have been over 60 court

25   proceedings that have rejected Mr. Trump's position that he

1    won.  He did not, he lost by over 7,000,000 votes.  But yet

2    people -- and I always want to find what is it that would

3    make an otherwise law abiding person become so in love with

4    an individual that they don't even know that they would be

5    prepared to do what happened on that date.  I assume at some

6    point there will be some type of psychological analysis done

7    to find out why people developed the mindset that happened

8    on that day.

9          It's, I guess, what happened in Germany.  You

10   wonder.  I mean, you've got a country with highly educated

11   people who became so enamored with Adolf Hitler that they

12   were willing to do what they did.  And I think it's the same

13   mindset that caused you and others to become so enamored

14   with Mr. Trump that you were prepared to put your good name

15   and your reputation on the line for one man because he told

16   you that he won, even though the evidence all indicated that

17   he did not win.

18         He didn't have the graciousness of an Al Gore,

19   whose election was a lot closer, whose election was decided

20   based upon a decision by the court in Florida, the Supreme

21   Court in Florida.  And he could have fought it, but he cared

22   enough about our democracy that rather than fighting it,

23   like Mr. Trump did, he walked away for the preservation of

24   our democracy -- which Mr. Trump was not prepared to do.

25   And you were prepared to do what you did on January 6th to

1  support him despite the fact that he was spewing lies and

2  misrepresentations about the election because he didn't want

3  to accept that he lost.  I don't understand the mentality of

4  people who bought into that, it's just mind boggling to me.

5          **DEFENDANT HENEGHAN:**  I think we got caught up in

6  the situation.

7          **THE COURT:**  But why?  I mean, you seem to have

8  been a good person throughout your life, but then you let

9  your whole reputation be destroyed by something ridiculous.

10          **DEFENDANT HENEGHAN:**  That's a good question.

11          **THE COURT:**  I just don't get it.  And I find it

12  very scary, because I love our country.  I don't think I

13  would have been able to do the things I've been able to do

14  in any other place in the world other than America.  So I

15  love my country, and I'm concerned about the future of our

16  country.  Because we're so torn that we seem to hate each

17  other if you happen to be a member of the other party, and

18  that's scary.  Because what happens next time -- we've got

19  an election coming up in two years.  Who knows who's going

20  to win.  Mr. Trump may well be the Republican nominee.  If

21  he doesn't win again, he probably will take the same

22  position he took before.  And unfortunately, there are

23  enough people out there who probably are prepared to repeat

24  what occurred on January 6th of 2021.  And that's a scary

25  proposition.  That's scary, because I think it puts our

1    country at risk.

2         **DEFENDANT HENEGHAN:**  I will not be one of those

3    people.

4         **THE COURT:**  Yeah, but I think -- you know, the

5    difficulty I have, and the difficulty that any judge has in

6    sentencing -- and especially in sentencing in this case, is,

7    yes, maybe you've learned a lesson; maybe, yes, you won't do

8    it again.  But what message do I send to others who might be

9    inclined to do that.  They have to understand that if you do

10   what happened on January 6th, that there's going to be a

11   price that you're going to pay.  And maybe that will deter

12   people from doing it next time.  But if you give a slap on

13   the wrist, people walk home, a lot of people may say:  Hey,

14   you know, I can do it; there's really no big cost to pay, so

15   I'm going to do it.  And that's the dilemma I have, what

16   message.

17        Because one of the factors that any judge has to

18   consider in deciding what the appropriate sentence is, is

19   not just punishment for the person who's before them, but

20   also sending a message to others that if you engage in

21   similar conduct, that there are going to be consequences

22   with the hope that appreciating those consequences in the

23   consideration will cause people not to do what others have

24   done before them.

25        So I have -- I mean, I struggled over this.  I

1    worked on this all day last night and read everything that

2    was submitted.  I really struggled, because I appreciate the

3    fact that you have lived an exemplary life up to this point.

4    I respect that.  And the statements that were made by

5    individuals, I respect what they had to say.  And I don't

6    conclude that you're necessarily a bad person.  You know, it

7    always is perplexing to me how people get so caught up in

8    their political perspectives.

9            And I think -- you know, I looked at the fact --

10   and people have a right not to get vaccinated by something

11   that killed thousands and thousands of people, despite what

12   medical persons said about COVID-19.  For whatever reason,

13   you decided not to get vaccinated.  Is that a sign of a

14   political perspective?  Because I know a lot of people who

15   didn't get vaccinated had a political perspective, and many

16   of them died as a result of it.  But when it comes to

17   someone's individual's health, that's an individual

18   decision.  But I wonder is that a sign of a political

19   perspective that, you know, someone's willing to even put

20   their own life on the line because of that perspective.

21           **DEFENDANT HENEGHAN:**  That was a health conscious

22   situation.

23           **THE COURT:**  Well, again, it's a tough decision to

24   make because, like I say, I would hope that what you're

25   saying is true and what others have said about you is true,

1    and that that's a reflection of the fact that you won't

2    engage in aberrant behavior like this again.  But I do

3    think, as I say, that it's important that the rest of

4    society who might be inclined next to time to do something

5    like this appreciate that there are consequences.  You know,

6    the individuals I've given straight probation to -- and I

7    have done that, are people who just sort of went into the

8    building itself and left after a short period of time,

9    didn't do any damage, didn't assault the police -- which

10   obviously is your situation.  But what exaggerates the

11   situation here is going into the Speaker of the House's

12   office.

13            **DEFENDANT HENEGHAN:**  Can I address that real

14   quick?

15            **THE COURT:**  Yes.

16            **DEFENDANT HENEGHAN:**  We had never been in the

17   Capitol, and it was like a maze to us, okay.  And we were

18   following the crowd and just kind of getting pushed here and

19   there and so forth.  And we ended up in the Speaker's

20   office, and it was kind of like, wow, you know, we're in the

21   Speaker's office.  Then we left.  We didn't damage anything,

22   we didn't -- we just  --

23            **THE COURT:**  I mean, did you think about -- if you

24   talked to the people who were there, the people who worked

25   in that office, they were scared for their lives.  They

1    thought they were going to die, because a mob was attacking

2    the Capitol because they were unhappy with our government.

3    And those people will live with that fear, maybe for the

4    rest of their lives.  You were a part of that, you created

5    that fear.  Even though you didn't assault police officers,

6    you were a part of the mob that created a circumstance that

7    made police officers commit suicide.  One officer died on

8    the scene.  You didn't do it yourself, but you were part of

9    the mob that created that to occur.

10            You should be ashamed of yourself that you

11   permitted yourself to become part of a mob that caused

12   police officers to take their own lives because they were so

13   traumatized by what took place.

14            **DEFENDANT HENEGHAN:**  Regrettably, yes.

15            **THE COURT:**  But you didn't think about it then.

16            **DEFENDANT HENEGHAN:**  Again, we got caught up.

17            **THE COURT:**  Well, you know, I just -- I don't buy

18   what you're saying.  I mean, I can understand how you got

19   caught up in the mob mentality.  But I think that if people

20   did not want to go in, they didn't have to go in.  They

21   could have -- push back, I'm not doing this; I only came to

22   speak and express my concern, but I'm not going to do that.

23   You know, you not only went in once, you went back in a

24   second time.  I understand you're saying you were forced

25   back in but, again, I -- you know, stranger things happen.

1    **DEFENDANT HENEGHAN:**  Once we were in, we were

2    looking for a way to get out.  That's what we did, we went

3    through and that was our plan to get out.  We didn't like

4    what was going on.  It wasn't the kumbaya stuff that was

5    going on in the Ellipse where people were singing the

6    national anthem and God bless America and so forth, it was a

7    different environment.  We were consciously trying to get

8    out of the Capitol.

9    **THE COURT:**  Well, like I said, I've considered

10   everything that's been submitted, the government's position,

11   your position, your lawyer's position, the comments made by

12   the people who spoke on your behalf.  I have decided that

13   some penalty has to be extracted to send a message to others

14   that if you're going to do this -- and we may have it happen

15   again unfortunately, because unfortunately I think the same

16   environment that created what occurred on January 6th is

17   still being created.  And as I say, I think people have to

18   understand that if you come here and do what you did last

19   time, there are going to be penalties.

20       So I would impose a term of 20 days in jail, and

21   would impose a one-year term of supervised release.  The

22   conditions of your supervised -- and I will not impose a

23   fine considering the circumstances, but I do have to require

24   that you pay a special assessment of $25; and, also, that

25   you pay -- although it's only a portion of what the

1    taxpayers had to pay to fix the Capitol, that you pay $500

2    in restitution for the damage that was done at the Capitol.

3            The conditions of your supervised release are that

4    you cannot be arrested for any reason whatsoever while

5    you're on supervision.  You must also maintain full-time

6    employment.  There is no indication of any type of drug use,

7    but you cannot possess or use any type of illegal drugs.

8    Also, that you be tested at least once, once you're released

9    from serving your short prison sentence, to see if you do

10   have drugs in your system.

11           Also, the requirement of restitution will be a

12   part of your supervised release, if it hasn't been paid

13   before you go on supervised release.  And until such time as

14   all of your financial obligations to the Court are

15   satisfied, you will have to provide any financial

16   information requested of you by the probation department.

17   Also, until those amounts are paid, you cannot create any

18   new financial obligations unless you're given authorization

19   to do that by the probation department.  And if you're not

20   able to pay the full amount of the restitution, that you pay

21   at least $50 per month until the full amount is paid.  If

22   you don't pay on time, then I'll require that you pay on the

23   1st of the month 30 days after you finish your prison

24   sentence; and that you will have to pay penalties and

25   interest for any late payments.

1          You do have 14 days from today's date to appeal

2     your conviction and your sentence to the Court of Appeals.

3     If you cannot afford to pay for a lawyer to represent you

4     before that Court, those expenses will be paid free of

5     charge by the government as far as the lawyer representation

6     and also the notice that you want to file an appeal.

7          Anything else from the government?

8          **MR. PHILLIPS:**  No.  Thank you, Your Honor.

9          **THE COURT:**  Anything else from the defense?

10         **MR. LITTLE:**  Your Honor, there is, because I

11    didn't want to interrupt the Court, but I was under the

12    impression --

13         **THE COURT:**  And I will let him self-report, and he

14    will need to -- once he gets notification from the Bureau of

15    Prisons as to where he's to serve his sentence, he must

16    immediately report as required.  Otherwise, a warrant will

17    be issued for his arrest.

18         **MR. LITTLE:**  Your Honor?

19         **THE COURT:**  Yes.

20         **MR. LITTLE:**  I appreciate the self-reporting, that

21    wasn't what I was going to address with the Court.  I was

22    hoping to have an opportunity to address the Court before

23    the Court made its final determination.  I was going to

24    allow Mr. Heneghan to make his statement before.  And what I

25    was going to ask the Court to do is -- understanding the

1    facts of this case, and understanding what Mr. Heneghan's
2    involvement was, and clearly understanding what the Court's
3    position is as to what occurred on January 6th.  However,
4    what I would ask the Court to do is reconsider a 20-day
5    prison sentence.  And particularly, I would rely on the
6    cases that have been in this district when we talk about
7    sentencing disparity and those individuals who received
8    straight probation sentences.
9           I think it's clear that Mr. Heneghan has learned
10   from this experience.  We talk about specific deterrence and
11   we talk about general deterrence.  Mr. Heneghan isn't one of
12   the individuals that, I think, by sending him to jail is
13   going to generally deter the public from engaging in this
14   conduct.  There have been people before the courts in this
15   district that have received straight probation sentences for
16   conduct that's much more egregious than what Mr. Heneghan
17   did.
18          One of those individuals was actually sentenced by
19   Your Honor who received 45 days understandably, and that was
20   Ms. Castro who actually sat in her hotel room, watched what
21   was occurring on the news, and then made the decision to go
22   join the Capitol.  That's different than what Mr. Heneghan
23   did.  Mr. Heneghan -- and I believe it's classified best in
24   the government's sentencing memo to the Court, he made
25   mistakes that day.  And it was a mob mentality.  And we --

1    as we stand here, we don't know why any of those individuals

2    got caught up.  I think there's a pretty good idea why some

3    of those individuals got caught up in that mob mentality.

4           As Mr. Heneghan stands before this Court, there is

5    nothing in his background, nothing in the background of this

6    case, nothing that occurred at the Capitol or anything that

7    occurred after he left the Capitol that would indicate that

8    there is any risk that Mr. Heneghan would ever engage in

9    this conduct again, or that by sending Mr. Heneghan would in

10   some way deter other people that are much more -- I would

11   classify them as radicals who would engage in this conduct.

12          Particularly, Judge, a straight probation

13   sentence, there have been numerous individuals that got

14   straight probation -- I understand not necessarily from this

15   Court, but other courts within this district, for conduct

16   engaged in directing verbal assaults at officers; physically

17   resisting officers; waving flags; encouraging others --

18   grabbing bullhorns, encouraging other individuals to storm

19   the Capitol.  None of that is present in Mr. Heneghan's case

20   at all to any extent.

21          And those individuals, based on judges within this

22   district -- which is one of the concerns we have is

23   sentencing disparity.  Those individuals received straight

24   probation sentences for conduct which was much more

25   egregious than Mr. Heneghan's.  My concern is what message

1   are we sending to the general deterrence if those people who

2   were engaged in that conduct got probation and then we send

3   somebody like Mr. Heneghan to jail for 20 days.  I don't

4   believe that's one of the purposes of sentencing when we

5   talk about deterrence and avoiding sentencing disparity.  We

6   have to look at Mr. Heneghan as to what he did on that day.

7          And I understand the Court's concern with we have

8   to ensure the public doesn't engage in this.  But

9   incarcerating Mr. Heneghan is not going to deter the people,

10  many of which got probation, who then went to social media

11  and called for revolution:  "If we have to do this again, we

12  will.  Next time we'll bring guns."  That's not --

13          **THE COURT:**  I mean, people who did that would have

14  never gotten just straight probation from me.  You know, I'm

15  not -- I do take into account what my colleagues do.  But if

16  my fellow colleagues want to give somebody straight

17  probation based upon the things that you're saying happened

18  in those other cases and they did that, that's their

19  prerogative, but that's not me.

20          **MR. LITTLE:**  And I understand that all judges are

21  individual, and that's what I'm asking this Court to do is

22  look at Mr. Heneghan individualized and his conduct that

23  day, Judge.  I don't believe his conduct arises to any

24  conduct to warrant a jail sentence.

25          **THE COURT:**  Well, I understand that's what you're

**1**  saying, but I guess I just don't agree with you.  I mean,

**2**  you say that it's not going to deter others.  How do you

**3**  know that?  You don't know that.  That's your speculation.

**4**  My perspective is that it does send a message to

**5**  others that if you're going to do something like this,

**6**  there's a consequence.  It may not be a significant

**7**  consequence, but it's a consequence.  So I don't know if I

**8**  can rely upon what you say that this isn't going to be a

**9**  deterrence, because that's your opinion.

**10**  **MR. LITTLE:**  I completely understand that.  But

**11**  what I would ask the Court to consider, when we look at just

**12**  a probation sentence, Judge, Mr. Heneghan has been on

**13**  release.  He's been compliant with conditions for almost a

**14**  year and a half.  There has been nothing about his

**15**  supervision that would indicate to this Court that he would

**16**  not be a successful candidate on probation; that he wouldn't

**17**  comply with court orders; that he hasn't learned from what

**18**  he did on January 6th.  There's nothing in the record before

**19**  this Court, including his lack of criminal history, that

**20**  would lead the Court or should lead the Court to say that he

**21**  is somebody that's going to end up in this situation again.

**22**  I just -- I don't see that in his record.

**23**  **THE COURT:**  As I said, that may be true.  But what

**24**  message am I sending, again, to others that if you do this,

**25**  you're just going to go home on probation.  I think that's a

1    legitimate concern that we have to have, because the lead up

2    to what took place on January 6th, 2021 is recreating itself

3    again.  I think it's clearly potential that we may

4    experience a similar situation a year and a half from now if

5    things don't occur the way some want it to occur.  That's a

6    scary proposition in my mind as far as our democracy is

7    concerned.

8         **MR. LITTLE:**  And I think there's always that risk,

9    right.  None of us can sit here and say what will or won't

10   happen.  And that's why I'm asking the Court to not look at

11   what might happen down the road, or much like the government

12   put in their sentencing memo, what would have happened if he

13   would have engaged in additional conduct.  We're not here to

14   speculate as to what would have happened if Mr. Heneghan

15   would have engaged in other conduct.  We're here to look at

16   what he did engage in.

17        And if the aggravating factor is walking into

18   Ms. Pelosi -- or Speaker of the House at that time, her

19   office, and taking a few photographs, as far as an

20   aggravating factor goes, I don't believe --

21        **THE COURT:**  See, I guess what I don't buy that you

22   and your client are saying is that he just sort of was being

23   pushed to do the things that he did, and he had no

24   alternative other than to go with the flow.  I just don't

25   buy that.  I mean, I've watched a lot of the tapes.  I can't

1    say I specifically watched where he was and what he was

2    doing.  But I just don't think that individuals had to be

3    forced to do something that they didn't want to do.  And I

4    don't buy the proposition that he had to go to another floor

5    that resulted in him being on the location where the

6    Speaker's office was located, and somehow got pushed into

7    that office that he had nothing to do with.  I just don't

8    buy that.

9              People who did not want to go into other parts of

10   the Capitol didn't do it.  They only got into the initial

11   part of the Capitol, and they stayed there and they left.

12   And I just don't buy the proposition that he only went to

13   these various locations because he was forced to do it

14   because others were forcing him to.  I don't buy that.

15             **MR. LITTLE:**  And I understand the Court's

16   position, but I can let the Court know the video of

17   Mr. Heneghan initially entering, walking out and then coming

18   back in was -- and I don't think the government would

19   dispute this, that there was a group of people behind him

20   when he came back in the second time.  That's been

21   Mr. Heneghan's position all along, is we walked in -- and I

22   think if there was any indication that they engaged --

23   intended to walk through the Capitol, he would have never

24   left the first time.  However, he came back in --

25             **THE COURT:**  Then why didn't he keep going when he

1   left the first time?

2          **MR. LITTLE:**  Because of the group of people

3   outside that he encountered, and that has always been his

4   position.

5          **THE COURT:**  I just don't buy that.  I mean, I just

6   don't buy that.  I mean, I think if somebody's caught up in

7   a crowd situation, they don't just have to go with the flow.

8   And at some point, when they get inside, if that's what

9   happened, it seems to me he could have separated himself

10  from that group and found himself not where he was that

11  resulted in him going into the Speaker's office.  I just

12  don't buy that somehow someone was pushing him, and that's

13  why he only did it.

14         **DEFENDANT HENEGHAN:**  Can I just interject.  We did

15  not go with the flow as far as the group mentality of

16  assaulting people or damaging things.  We completely stood

17  away from that.  We weren't part of that group mentality.

18  As far as going with the flow is concerned, there was a lot

19  of people in that Capitol.  It was a massive amount of

20  people, and it was a maze in the Capitol.  I had never been

21  in the Capitol before.  I didn't go with the mob mentality

22  and start breaking things and start assaulting people or

23  anything like that.

24         **THE COURT:**  I understand that you didn't do it.

25  But like I said, you were a part of the group, and the group

1    mentality, as a result of the group, resulted in what

2    occurred.  And while you are not specifically responsible

3    for assaulting officers or destroying property, the fact

4    that you were a part of the group contributed to the mob

5    mentality that resulted in that happening.  If people hadn't

6    been, like I said, in that situation, individuals probably

7    would have never did what they did.

8           You know, I hear a lot of people say:  Well, the

9    police were gracious, they didn't stop us.  Yeah, they were

10   overwhelmed.  They were afraid for their lives, and that's

11   why they let people do what they did, because they didn't

12   have the numbers to stop the individuals from doing what

13   they wanted to do.

14          Very well, I've made my decision.  Thank you.

15          **MR. LITTLE:**  Thank you, Judge.

16          **DEPUTY CLERK:**  Your Honor, the government needs to

17   dismiss the remaining counts.

18          **MR. PHILLIPS:**  Your Honor, the government would

19   move to dismiss counts two, three and four at this time.

20          **THE COURT:**  Very well.  Thank you.

21          **MS. GAVITO:**  Your Honor, with regards to

22   Mr. Heneghan, he resides in the middle district of Florida.

23   Would the Court consider jurisdiction and supervision be

24   transferred to the middle district?

25          **THE COURT:**  I'll permit supervision to be

1    transferred to that district, but I will retain jurisdiction

2    over the case.

3         **MS. GAVITO:**  And Your Honor, we recommend that all

4    of the discretionary conditions noted in part D be imposed

5    in this case.

6         **THE COURT:**  They will be.

7         **MS. GAVITO:**  And Your Honor --

8         **THE COURT:**  And he will need to review those with

9    you before he leaves so he knows exactly what those

10   conditions are.

11        **MS. GAVITO:**  Yes, Your Honor.  And would the Court

12   allow that the presentence report be --

13        **THE COURT:**  It may be released to those

14   individuals and entities who need it in order to carry out

15   the orders of the Court, yes.

16        **MS. GAVITO:**  Thank you, Your Honor.

17        **THE COURT:**  Thank you.

18        Okay, government regarding Ms. Kicinski.

19        **MR. PHILLIPS:**  Your Honor, as the Court is

20   obviously very well prepared and knows this case well, is

21   familiar with both these defendants, they acted in cohorts

22   together.  Their conduct was essentially the same.  The only

23   thing we would add to her, Ms. Kicinski's argument, is the

24   fact that when in the Speaker's office -- or office, she did

25   take the video that said:  "Oh my God, this is Nancy

1    Pelosi's office.  It looks like she left in a hurry.  Oh my

2    God, I would say that Americans are upset."  Clearly much

3    more than simply being pushed along by a mob, part of that

4    mob.

5             **THE COURT:**  Thank you.  Counsel for Ms. Kicinski.

6             **MR. LITTLE:**  Yes, Your Honor.  On behalf of

7    Ms. Kicinski, she is intending to make a statement to the

8    Court, however, on her behalf, I'll address the Court first.

9    The arguments, as the Court could imagine, considering

10   they're similarly situated, are going to be identical to

11   Mr. Heneghan as far as what an appropriate sentence in this

12   case would be.  I would ask the Court to look to sentences

13   that have been handed out in this district that are straight

14   probation sentences.

15            Before we get there, I do want to address the

16   government's allegation as far as the video and how the

17   government's position is.  I would disagree that that in any

18   way is an aggravating factor as to Ms. Kicinski.  She's in

19   the Speaker's office which is identical to Mr. Heneghan,

20   which is identical to many of the other individuals that day

21   that are actually on her video.  She's not, as the

22   government would describe it in their sentencing memo,

23   celebrating what was occurring.

24            Even the allegations the government just set forth

25   this morning are simply that she is -- I would describe it

1    as making factual observations as to what's occurring in

2    that office.  She's in no way celebrating what is occurring

3    in there.  She is in no way -- this has already been

4    clarified, yelling --

5              **THE COURT:**  Why would you say it?  Why would you

6    make that statement if you're not expressing some sense of

7    joy that the office had to be rapidly abandoned?

8              **MR. LITTLE:**  I can't address why she would make

9    that statement.  However, I disagree with the position that

10   looking around in a office saying:  "She must have left in a

11   hurry, Americans must be mad," that that is in any way a

12   celebratory statement of what occurred.

13             **THE COURT:**  But it seems to be saying that there

14   was some justification for America to be upset regarding

15   what took place during the election, and therefore these

16   individuals fled because of the fact that the American

17   public was purportedly upset, even though 70,000,000 of the

18   American public voted against Mr. Trump.

19             **MR. LITTLE:**  Ands I would single out those

20   individuals that are upset as the individuals that went

21   there for the purposes of overthrowing the election.  Again,

22   that's not these two individuals.  There's no evidence that

23   that's those -- these two individuals, Judge.  There are

24   those groups of people who planned, who traveled, who went

25   there with the stated intent to overthrow what they believed

1    to be a rigged election, a false election based on what

2    they've heard.

3            THE COURT:  But I would think somebody who's

4    thinking from the right perspective, when they realized they

5    were in someone at the level of the Speaker of our House,

6    would say let me get the heck out of here and wouldn't be

7    making the statements that she made.

8            MR. LITTLE:  At that point in time, they're

9    walking through the Capitol.

10           THE COURT:  I find the statements very troubling,

11   counsel, very troubling.

12           MR. LITTLE:  I understand the Court's --

13           THE COURT:  And I think there's no explanation for

14   somebody having made those statements, because they seemed

15   to be relishing the idea that the office had to be quickly

16   abandoned.  And as I said before, those people were

17   traumatized.  They were in fear for their lives, and

18   justifiably so.  And I don't doubt, unfortunately because of

19   what -- and I'm not saying your clients would have done it,

20   but I don't doubt that if some of the congressional members

21   or their staff had been captured, they would have been

22   killed or injured.  I think that was the intent of the --

23   may be not your clients, but they associated with those

24   people who went in the Capitol like they did.  It was

25   fortunate that those people were able to get out, because

1    I'm convinced that if they had not gotten out, they wouldn't

2    be here with us today.

3           MR. LITTLE:  And other than the fact that they

4    walked in the Capitol, I would also take an issue with the

5    position that they associated with these individuals.

6           THE COURT:  They were with them.

7           MR. LITTLE:  I understand they were in the Capitol

8    with them.  They were not with these individuals.  I

9    disagree with the position that they were with these

10   individuals on that --

11          THE COURT:  I think when you permit yourself to

12   become a part of another group of people, you are with them.

13          MR. LITTLE:  And I think that goes back to the mob

14   mentality, right, certain people did what they did.  I

15   understand why these two did what they did that day, they

16   went along with the crowd.  But by no means did they

17   associate with the mob mentality that was there to overthrow

18   the election.  I don't believe there's any evidence that

19   Ms. Kicinski or Mr. Heneghan were those two individuals that

20   day.

21          So I believe Ms. Kicinski wants to make a

22   statement to the Court to address the Court.

23          THE COURT:  Very well.

24          MR. LITTLE:  Again, I would rely on the position

25   that there are probation sentences that have been handed

1  down for conduct less egregious than what Ms. Kicinski

2  engaged in.

3        **THE COURT:**  Very well.  Ms. Kicinski.

4        **DEFENDANT KICINSKI:**  Good morning, Your Honor.

5  First of all, I would like to thank you for your years of

6  service to our country and our judicial system, one that I

7  still believe is the fairest in the world.  Secondly, I do

8  respect that you truly do love this country and our

9  Constitution.  I deeply regret my actions on January 6th,

10 2021, and not because of the effects it has had on me --

11 which have been catastrophic financially, socially,

12 spiritually and physically, but because I committed a

13 federal misdemeanor, something I was never raised to do.

14 I've never even had a jaywalking ticket.

15        In the district attorney's sentencing memorandum,

16 he included misrepresentations, misinformation and grouped

17 me with a group of people which I, quite honestly, do not

18 belong to be grouped with.  If you've ever been driving a

19 nice car and were pulled over by a police officer who had a

20 preconceived idea about who you were and what you were

21 doing, you will understand what I'm talking about.

22        I was born and raised on military bases.  Being

23 raised on a military base means it was always abundantly

24 clear to me what was off limits.  And if perchance we

25 wandered in into some place that was off limits, we were

1   instantly removed.  For whatever reason, at the time that I

2   was there, that was not clear.  We now know what happened,

3   but at that time, I was unaware of what had happened before

4   me.

5           Being raised by a highly decorated Air Force

6   colonel, proudly serving our country for over 30 years, and

7   a British housewife who later became an American citizen, I

8   was taught to believe it is our responsibility to

9   participate in the American process, and to stand against

10  injustices.  I was also raised to believe that civil

11  disobedience was not only accepted, but our duty as

12  Americans.  We have in our country brought about positive

13  change through civil disobedience.  Dr. Martin Luther King

14  was arrested 29 times for civil disobedience.  This is

15  something that was ingrained into me as a child by my

16  parents.  And look at the positive effect that he had on

17  this country.

18          I am in no way comparing myself to Dr. King, I'm

19  just strictly trying to get you to differentiate me from

20  other people.  It was civil disobedience, I wasn't rioting.

21  I had no intention to stop the orderly transfer of power.  I

22  went to Washington that day to hear the former president

23  speak for probably what was going to be the last time

24  because he was leaving the office.  I have -- I didn't want

25  to interfere with the exchange of power from the previous

1  administration to the new one or to protest that the

2  candidate of my choice did not get elected.

3        And to be clear, I have never stated that

4  President Biden is not our president.  I never bragged about

5  what I did.  I never posted anything on social media.  I

6  never celebrated the fact that I was in the Speaker's house.

7  I'm a publisher and a journalist, I just recorded on my

8  camera something for later.  Not for the public, but just

9  for me to remember the experience.  I don't know if you've

10  ever been overwhelmed by anything, but I was truly

11  overwhelmed.

12        I have learned through this ordeal -- well, first

13  of all, I also wanted to say that, like I said, I never

14  bragged about it, I never posted anything on social media, I

15  never spoke about this publicly.  At the very moment that I

16  realized what a grave mistake I made and that things were

17  not as I thought, I tried to leave the Capitol.  And I know

18  you may not believe this, but there were so many people

19  coming in that it would -- it was dangerous.  The only

20  interactions I had with police officers that day -- and

21  there were many, were us asking how to get out.  And we were

22  told to go different ways by different police officers.

23        I have learned through this whole ordeal that

24  while it is important that we, as Americans, understand what

25  is happening in our country and participate in democracy,

1    there are lines that should never be crossed.

2    Unfortunately, I crossed one of those lines that day, and I

3    deeply regret my actions.  And not just for myself and my

4    family, but for the court system, the American people and

5    our country.  I am a law abiding citizen of this great

6    country, and I have been taking and am taking responsibility

7    for my actions.

8         I would hope that my decades-long history of

9    helping others and being a contributing member of society

10   would be taken into consideration as well as the grave

11   mistake that I made that day when it comes to deciding my

12   fate.  I will obviously willingly take responsibility and

13   accept any penalty you bestow on me.  I ask today that you

14   serve me with a punishment that is commensurate with my

15   circumstances, and that is fairly handed out in relationship

16   to my character and to other cases of civil disobedience in

17   recent history.  I want to thank you for listening to me and

18   for your time.

19        **THE COURT:**  Ms. Kicinski, I assume -- I mean, I've

20   listened a number of times to what the former president said

21   when he gave his speech about why people should go to the

22   Capitol.  And he was saying go to the Capitol to stop what

23   was about to occur, and that was the change of power.  And

24   he didn't want that to happen.  And he said --

25        **DEFENDANT KICINSKI:**  I can't speak for -- as to

1    what the president --

2         **THE COURT:**  You didn't hear what he said?  He

3    said:  "I want you to go to the Capitol.  If we don't stop

4    this" --

5         **DEFENDANT KICINSKI:**  He said he wanted them to

6    peacefully walk down the street to the Capitol, but I

7    can't --

8         **THE COURT:**  And he said he was going to go with

9    you, and he never intended to do that -- I don't think he

10   did.

11        **DEFENDANT KICINSKI:**  I can only speak about

12   myself, I don't know what President Trump was thinking.

13        **THE COURT:**  So what did you think you were going

14   to accomplish when you got to the Capitol?

15        **DEFENDANT KICINSKI:**  I wanted to see the former

16   president's speech.  Like I said, I thought --

17        **THE COURT:**  I'm not talking about the speech.  I'm

18   talking about why -- when he told you to go to the Capitol,

19   what did you think you were going to accomplish?

20        **DEFENDANT KICINSKI:**  I wasn't exactly just

21   listening to -- it wasn't like I was a minion taking orders

22   from somebody.  I -- the main reason why I went there, it

23   had very little to do with President Trump, it had very

24   little to do with the election.  For me personally, it was

25   about what had occurred before the election.  Obviously --

1        **THE COURT:**  What had occurred before the election?

2        **DEFENDANT KICINSKI:**  It's come to light that there

3    was so much misinformation, disinformation, suppression of

4    information.

5        **THE COURT:**  If you listen to certain news

6    stations, that's probably the perspective you get.

7        **DEFENDANT KICINSKI:**  Yeah, because in my --

8        **THE COURT:**  But if you look at what happened in

9    the court process, when both sides had an opportunity to

10   present their positions to the court --

11       **DEFENDANT KICINSKI:**  I'm not talking about that.

12       **THE COURT:**  -- it's never been proven -- it's

13   never been proven that anything happened.  In every election

14   you're going to have some irregularities, but there's never

15   been anything that's been presented of substance that would

16   show that the election was somehow incorrect.

17       **DEFENDANT KICINSKI:**  I didn't say that the

18   election was incorrect.  My problem was with the media.  My

19   understanding is that the reason that we have -- one reason

20   we have a free press in America, a right granted to us by

21   the First Amendment, is so that we can have an informed

22   electorate.

23       **THE COURT:**  That's true.

24       **DEFENDANT KICINSKI:**  Okay.

25       **THE COURT:**  But unfortunately the media has become

1    so disconnected -- both sides --

2            DEFENDANT KICINSKI:  I agree.

3            THE COURT:  -- from the truth that they perpetrate

4    information from both perspectives that aren't telling you

5    the full story.

6            DEFENDANT KICINSKI:  That's --

7            THE COURT:  And unfortunately, people buy into one

8    or the other and develop these radical views about reality

9    that aren't really based upon reality, but just based upon

10   what they're hearing from partisan news organizations.

11           DEFENDANT KICINSKI:  That is exactly my point.

12   And I was concerned that concern news stories were

13   suppressed or slanted or withheld, and we didn't really have

14   an informed electorate.  I know I'm not like what you think

15   everybody there was like.  I'm just telling you who I am and

16   what I believe.  And obviously the district attorney can

17   make, you know, disparaging remarks about my character and

18   how -- can assume how I felt and what I was doing.  I'm just

19   telling you the truth from my heart.

20           THE COURT:  I am perplexed as to why you made that

21   statement when you were in the Speaker's office.

22           DEFENDANT KICINSKI:  I think it was just an

23   observation.  I'm incensed, I'm --

24           THE COURT:  They left quickly, but then you

25   followed that by --

1             **DEFENDANT KICINSKI:**  I was a little aghast.

2             **THE COURT:**  But then you followed that by saying

3  the American public must be upset or mad.

4             **DEFENDANT KICINSKI:**  It looks like an observation

5  to me, Your Honor.  I mean, that was what I observed with my

6  mind.

7             **THE COURT:**  It seems to me to be a strange thing

8  to say, that people who work in an office felt compelled to

9  flee that office because the Capitol was being invaded.

10  Myself, I would have been offended by the fact that I was

11  even there, and that resulted in people feeling they had to

12  flee where they were.  And those people are traumatized,

13  they thought they were going to die.  And I'm convinced --

14  I'm not saying you would have, I'm convinced the folk who

15  were in that group that you were with, if they had caught

16  those people, they may have hurt them and may have killed

17  them.  Because their mindset was they were angry, and they

18  wanted the result that they wanted, and they weren't going

19  to take anything less than getting that result.

20             **DEFENDANT KICINSKI:**  I understand all that you're

21  saying, Your Honor, and you have the perspective of being

22  above it or disassociated with it.  You also have the

23  perspective of looking and seeing what happened.  I can only

24  tell you it was an overwhelming experience for me.  I

25  don't -- I mean, obviously I have spent hundreds of hours

1   analyzing my behavior at this moment.  Would I ever have
2   done anything like this now or going into the future?
3   Absolutely not.  I can guarantee you that I wouldn't do
4   that.
5           I don't know -- well, I don't want to say I was
6   part of a mob, because that's grouping me with all these
7   other people with whom I don't have an association.  I know
8   you think so, but it's just not true.  You've heard -- there
9   were 23 letters of character for me that were submitted to
10  you.  People that know me got up here and told you who I am
11  as a human being.  And I know it's not my place to say, but
12  I feel like you are worried about the message it sends.  And
13  I feel like it's bad a message to send a 66-year-old
14  grandmother, who has spent decades helping people, to prison
15  for making a grave mistake for which she is repentant and
16  has -- will never do again.  I don't think -- I think that
17  you're honest and fair, and I'm not sure that that is the
18  message that you would want to send.
19          But I may be overstepping my place, so maybe I'll
20  just stop talking now.
21          **THE COURT:**  No, you have a right to express your
22  views; even if I may disagree with them, you have a right to
23  express them.  That's our country.  That's the country I
24  want to try to preserve, and I am concerned about whether we
25  can do that because we're so separated, we're so partisan.

1          **DEFENDANT KICINSKI:**  I am concerned, too.  I hope

2     that we become less and less and less divided, not more and

3     more divided.

4          **THE COURT:**  I hope you're correct, but I'm not

5     convinced that's going to be the case.  I don't see anything

6     happening in America today that's going to bring us closer

7     together.  What I see is just things happening that are

8     going to further divide us, and I think that's very

9     unfortunate.  But I think there are people who are so

10    selfish and just want things to be their way that regardless

11    of whether that's in the benefit of the country, if they

12    feel it's for their personal benefit, they're going to do

13    it.  And that's sad.  That's where I think we are as a

14    country, and I think it's very unfortunate.

15         **DEFENDANT KICINSKI:**  It's terrifying to me, Your

16    Honor, because I, too, love this country.

17         **THE COURT:**  Very well.  I, again, have considered

18    a lot and pondered over this.  It's not easy to decide what

19    sentence should be imposed in any case.  And it's

20    specifically difficult in these cases involving January 6th

21    because of my concern about the long term impact that it

22    will have on our country and the stability of our democratic

23    process.  And you may be right, maybe you're sending a

24    bad -- maybe I'm sending a bad message.  I don't think

25    that's true.  I've always thought -- I grew up in a very

1    conservative home, and my parents made it perfectly clear:

2    Reggie, there are consequences; and if you step over that

3    line, you should expect to suffer a consequence.  And I've

4    always lived that way, because I feared that if I didn't do

5    what my parents did because of the way that they taught me,

6    that there would be a consequence.  And I think that's had a

7    propound impact on how I conduct my life.

8              And it's hard, it's not easy.  You don't have any

9    prior record.  It seems like you are good mother to your

10   children.  It seems like you've been a good person

11   throughout your entire life for a lot of different -- in a

12   lot of different ways.  But I do think, as I said, that

13   others have to understand.  And if you're prepared to do

14   what happened on January 6th -- and we have another election

15   coming up in about a year and a half, and who knows what's

16   going to happen at that time.  But my fear is that if things

17   happen the way conceivably they might happen, that we're

18   going to find ourselves in the same situation that we're in

19   now -- that we were in back in 2020.  And I just think that

20   people have to understand that if you're going to do what

21   happened in 2020, there is at least some penalty that you're

22   going to have to pay as a result of that.

23             So I do conclude that a sentence of 20 days in

24   detention is, in fact, an appropriate sentence.  You'll have

25   to self-report once you get notification from the Bureau of

1    Prisons as to where you have to serve your 20 days.  And

2    I'll place you on supervised release for one year with the

3    general conditions of probation.  Those will be reviewed

4    with you before you leave by the probation office.  You'll

5    have to comply with all of those conditions.

6            I will authorize that supervision of your

7    probation be transferred to the middle district of Florida;

8    also, that you cannot commit any further crimes, federal,

9    state or local while you're on probation; also, there's no

10   indication of any drug use, but you cannot possess or use

11   illegal drugs while you're on supervision; also, there is a

12   requirement that you be tested within 15 days of your

13   release to make sure there is no drug issues; also, that you

14   pay the restitution.  I will impose restitution of $500, and

15   court costs of $25.  And that you pay that restitution as a

16   condition ever your supervised release, if it hasn't already

17   been paid.  And if it hasn't already been paid, that you

18   provide any financial information to the probation

19   department until it's paid that they request.

20           Also, that you not create any further debit

21   obligations until that amount has been paid; and, also, if

22   you can't pay the full amount at one time, that you pay at

23   least $50 per month beginning 30 days after you've finished

24   the completion of your jail sentence until the full amount

25   has been paid.  I will not impose a fine under the

1    circumstances.  And you have 14 days from today's date to

2    appeal your conviction and your sentence to the Court of

3    Appeals.  If you cannot afford to pay for those expenses,

4    those will be paid free of charge by the government.

5            Government, are there charges that need to be

6    dismissed?

7            **MR. PHILLIPS:**  Yes, Your Honor.

8            **THE COURT:**  And you do move to dismiss them, and

9    that will be granted.

10           Anything else from probation?

11           **MS. GAVITO:**  We'd ask the Court about the

12   presentence report --

13           **THE COURT:**  Yeah, the presentence report can be

14   released to the appropriate entities and individuals who

15   need it to carry out the orders of the Court.

16           Anything else from the defense?

17           **MR. LITTLE:**  Your Honor, you may have addressed

18   this with Mr. Heneghan.  Do they need to report to probation

19   here first?

20           **THE COURT:**  Yeah, they'll talk to probation, and

21   probation will go over the conditions -- the general

22   conditions before they leave.

23           **MR. LITTLE:**  Can I talk to my clients real quick

24   before we recess?

25           **THE COURT:**  Yes.

1          (Discussion off the record)

2          **MR. LITTLE:**  I would ask if the Court would

3    consider one thing.  Mr. Heneghan and Ms. Kicinski share a

4    home in Florida.  Would the Court be willing to consider one

5    of them to serve their sentence, and once that sentence is

6    complete, the other one can then stagger the sentence?  That

7    way the home isn't sitting empty with no one there to take

8    care of it.

9          **THE COURT:**  That's fine.  I can't order it, but

10   I'll recommend that the Bureau of Prisons require that they

11   serve their sentences after one or the other has been

12   completed.

13         **MR. LITTLE:**  Thank you, Your Honor.  Nothing

14   further other than what I've already addressed with the

15   Court.

16         (Proceedings adjourned at 11:10 a.m.)

17

18

19

20

21

22

23

24

25

1                    **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9        March 27, 2024

10          **DATE**                              **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEFENDANT HENEGHAN: [11]**
27/21 33/5
33/10 34/2
35/21 36/13
36/16 37/14
37/16 38/1
47/14

**DEFENDANT KICINSKI: [20]**
54/4 57/25
58/5 58/11
58/15 58/20
59/2 59/7
59/11 59/17
59/24 60/2
60/6 60/11
60/22 61/1
61/4 61/20
63/1 63/15

**DEPUTY CLERK: [2]** 2/2 48/16

**MR. COLIN KICINSKI: [6]**
22/13 22/16
22/20 22/23
22/25 26/3

**MR. DUSTIN KICINSKI: [5]**
14/1 14/4 14/8
14/11 14/14

**MR. GREG MOORE: [7]**
26/8 26/11
26/13 26/16
26/18 26/20
26/22

**MR. LITTLE: [72]**

**MR. PHILLIPS: [9]** 2/8 3/15
8/8 9/23 10/5
40/8 48/18
49/19 66/7

**MS. ANGELA WEARN: [5]**
16/5 16/8
16/11 16/14
16/17

**MS. ANGIE MOORE: [8]**
12/5 12/9
12/12 12/16
12/18 13/1
13/5 13/8

**MS. GAVITO: [7]** 2/15

48/21 49/3
49/7 49/11
49/16 66/11

**MS. SHANNON CHARLES: [4]**
19/4 19/7
19/10 19/13

**THE COURT: [93]**

**$**

**$25 [2]** 38/24
65/15
**$50 [2]** 39/21
65/23
**$500 [3]** 10/9
39/1 65/14

**0**

**0061 [1]** 1/4

**1**

**10 [2]** 4/11
21/22
**11:10 a.m [1]**
67/16
**120 [1]** 1/17
**14 [3]** 16/22
40/1 66/1
**15 [1]** 65/12
**18 [1]** 23/21
**19 [2]** 12/20
35/12
**1:22-cr-0061 [1]** 1/4
**1st of [1]**
39/23

**2**

**20 [5]** 11/11
38/20 43/3
64/23 65/1
**20-day [1]**
41/4
**20001 [1]** 1/25
**2020 [2]** 64/19
64/21
**2021 [3]** 33/24
45/2 54/10
**2023 [1]** 1/5
**20530 [1]** 1/15
**21 [1]** 4/21
**22-61 [1]** 2/2
**23 [2]** 1/5
62/9
**24 [1]** 4/21
**25 [1]** 24/8
**26 [1]** 7/24

**28 [1]** 5/22
**29 [2]** 8/18
55/14

**3**

**30 [7]** 10/7
10/15 13/9
23/12 39/23
55/6 65/23
**333 [1]** 1/24
**33716 [1]** 1/18

**4**

**41 [1]** 15/18
**45 [1]** 41/19
**450 [1]** 1/17
**4700-C [1]**
1/24

**5**

**50 [1]** 27/23
**58 [1]** 29/1

**6**

**60 [2]** 10/8
31/24
**601 [1]** 1/14
**61 [1]** 2/2
**66-year-old [1]**
62/13
**69 [1]** 23/19
**6th [16]** 6/1
19/17 22/3
28/23 31/2
31/10 32/25
33/24 34/10
38/16 41/3
44/18 45/2
54/9 63/20
64/14

**7**

**7,000,000 [1]**
32/1
**70,000,000 [1]**
51/17

**8**

**89 [3]** 4/11
4/13 4/14

**9**

**9:38 [1]** 1/7

**A**

**a.m [2]** 1/7
67/16
**abandoned [2]**
51/7 52/16

**aberrant [1]**
36/2
**abiding [3]**
30/9 32/3 57/5
**ability [3]**
17/12 18/23
27/15
**able [7]** 15/15
25/2 29/17
33/13 33/13
39/20 52/25
**above [5]** 15/5
20/14 23/12
61/22 68/5
**above-entitled [1]** 68/5
**Absolutely [1]**
62/3
**abundantly [1]**
54/23
**accept [3]**
10/2 33/3
57/13
**accepted [1]**
55/11
**accepts [1]**
18/7
**accomplish [2]**
58/14 58/19
**account [1]**
43/15
**accurate [2]**
7/17 10/3
**acknowledged [1]** 27/2
**act [1]** 24/4
**acted [1]**
49/21
**action [3]** 1/3
20/17 24/2
**actions [12]**
13/14 13/15
18/5 18/16
22/6 24/3 27/5
29/2 29/21
54/9 57/3 57/7
**activities [1]**
17/23
**activity [1]**
29/1
**actually [5]**
9/2 23/4 41/18
41/20 50/21
**add [2]** 5/19
49/23
**addition [2]**
17/2 21/16
**additional [1]**

45/13
**address [16]**
3/25 4/21 5/12
7/20 12/24
22/18 26/15
27/20 31/1
36/13 40/21
40/22 50/8
50/15 51/8
53/22
**addressed [2]**
66/17 67/14
**adjourned [1]**
67/16
**administration [1]** 56/1
**admissions [1]**
9/1
**Adolf [1]**
32/11
**afflicted [1]**
24/17
**afford [2]**
40/3 66/3
**afraid [1]**
48/10
**Africa [1]**
24/10
**again [24]**
2/22 5/10 20/6
24/3 30/18
30/18 30/22
30/24 33/21
34/8 35/23
36/2 37/16
37/25 38/15
42/9 43/11
44/21 44/24
45/3 51/21
53/24 62/16
63/17
**against [2]**
51/18 55/9
**aggravating [3]**
45/17 45/20
50/18
**aghast [1]**
61/1
**ago [4]** 15/13
21/14 23/17
24/8
**agree [7]** 5/7
8/7 8/8 8/24
9/6 44/1 60/2
**agreed [3]** 8/6
10/1 10/9
**agreement [5]**
2/22 2/23 8/24

**A**

agreement...
**[2]**  9/3 9/4
**ahead [3]**  13/6
19/11 22/21
**ahold [1]**
20/16
**Aidee [1]**  2/15
**aiming [1]**
17/25
**Air [2]**  15/22
55/5
**Al [1]**  32/18
**alarm [2]**  5/16
5/20
**alive [1]**
17/18
**allegation [2]**
7/23 50/16
**allegations [2]**
9/19 50/24
**allocution [1]**
10/4
**allow [2]**
40/24 49/12
**allowing [1]**
18/25
**almost [1]**
44/13
**alone [1]**  6/8
**along [4]**  27/4
46/21 50/3
53/16
**alternative [1]**
45/24
**although [2]**
7/9 38/25
**always [12]**
17/18 20/14
20/21 21/10
25/7 32/2 35/7
45/8 47/3
54/23 63/25
64/4
**amazed [1]**
20/21
**amazing [2]**
21/18 24/7
**Amendment [2]**
28/8 59/21
**AMERICA [7]**
1/3 2/3 33/14
38/6 51/14
59/20 63/6
**American [7]**
31/8 51/16
51/18 55/7

55/9 57/4 61/3
**Americans [5]**
8/11 50/2
51/11 55/12
56/24
**amount [8]**
25/19 30/2
39/20 39/21
47/19 65/21
65/22 65/24
**amounts [1]**
39/17
**Amy [1]**  28/24
**analysis [1]**
32/6
**analyzing [1]**
62/1
**Ands [1]**  51/19
**angel [1]**
21/19
**Angela [2]**
16/8 16/18
**Angie [1]**  12/2
**angry [1]**
61/17
**animosity [1]**
17/20
**anthem [1]**
38/6
**apart [1]**
17/12
**Apparently [1]**
8/3
**appeal [3]**
40/1 40/6 66/2
**Appeals [2]**
40/2 66/3
**appearance [1]**
2/6
**APPEARANCES [1]**
1/12
**appreciate [4]**
23/4 35/2 36/5
40/20
**appreciating
[1]**  34/22
**appreciation
[1]**  21/6
**approach [2]**
2/5 12/1
**approached [1]**
15/11
**appropriate [5]**
3/23 34/18
50/11 64/24
66/14
**approximately
[1]**  11/11

**area [4]**  7/3
10/20 10/25
10/25
**argued [1]**
6/10
**arguing [1]**
6/18
**argument [2]**
6/22 49/23
**arguments [2]**
4/1 50/9
**arises [1]**
43/23
**Arlington [1]**
15/23
**around [5]**
11/7 18/6
19/23 22/8
51/10
**arrest [1]**
40/17
**arrested [3]**
29/2 39/4
55/14
**ashamed [1]**
37/10
**aside [1]**
29/19
**aspect [1]**
20/23
**assault [3]**
29/13 36/9
37/5
**assaulted [1]**
7/15
**assaulting [3]**
47/16 47/22
48/3
**assaults [1]**
42/16
**assertion [1]**
5/7
**assessment [1]**
38/24
**assist [1]**
27/15
**associate [1]**
53/17
**associated [2]**
52/23 53/5
**association [1]**
62/7
**assume [3]**
32/5 57/19
60/18
**attack [1]**
28/9
**attacking [1]**

37/1
**attending [1]**
6/9
**attorney [1]**
60/16
**attorney's [1]**
54/15
**audible [2]**
5/2 5/8
**authority [1]**
23/10
**authorization
[1]**  39/18
**authorize [1]**
65/6
**autoimmune [2]**
17/4 24/18
**Avenue [1]**
1/24
**average [5]**
5/23 5/24 6/2
6/17 6/20
**avoiding [1]**
43/5
**aware [1]**  10/6
**awareness [2]**
20/17 27/6
**away [2]**  18/8
23/19 29/5
32/23 47/17

**B**

**back [11]**  4/22
14/24 15/1
37/21 37/23
37/25 46/18
46/20 46/24
53/13 64/19
**backed [1]**
18/8
**background [2]**
42/5 42/5
**bad [5]**  24/4
35/6 62/13
63/24 63/24
**bags [1]**  24/10
**Bankruptcy [1]**
1/23
**Barrett [1]**
28/24
**base [1]**  54/23
**based [7]**
31/24 32/20
42/21 43/17
52/1 60/9 60/9
**bases [1]**
54/22
**basically [1]**

3/8
**beacon [1]**
20/12
**beau [1]**  21/14
**beautiful [1]**
21/7
**became [7]**
21/15 23/21
24/23 29/3
31/4 32/11
55/7
**become [7]**
27/14 32/3
32/13 37/11
53/12 59/25
63/2
**beginning [2]**
2/6 65/23
**behalf [8]**  2/9
2/12 12/14
12/20 16/21
38/12 50/6
50/8
**behavior [5]**
30/18 30/20
31/4 36/2 62/1
**behind [3]**
10/20 29/7
46/19
**behold [1]**
21/7
**beings [1]**
20/25
**belong [1]**
54/18
**benefit [2]**
63/11 63/12
**best [2]**  28/4
41/23
**bestow [1]**
57/13
**better [5]**
13/12 18/8
18/18 24/4
24/25
**betterment [1]**
17/23
**beyond [2]**
20/10 20/14
**Biden [1]**  56/4
**big [1]**  34/14
**biggest [1]**
25/21
**blaring [2]**
4/24 5/2
**bless [1]**  38/6
**blessing [1]**
21/2

**B**

**boggling [2]**
31/3 33/4
**born [1]**  54/22
**boss [1]**  21/22
**both [10]**  2/18
10/2 10/11
11/2 21/12
23/18 49/21
59/9 60/1 60/4
**bought [1]**
33/4
**bounds [1]**
20/13
**bragged [3]**
6/14 56/4
56/14
**brand's [1]**
20/4
**breaking [1]**
47/22
**briefly [2]**
10/5 10/12
**bring [2]**
43/12 63/6
**brings [1]**
21/23
**British [1]**
55/7
**brother [4]**
14/19 23/8
24/17 24/20
**brought [4]**
18/5 21/16
27/13 55/12
**Brown [1]**  1/17
**budget [1]**
20/6
**building [3]**
7/7 11/9 36/8
**bullhorns [1]**
42/18
**Bureau [3]**
40/14 64/25
67/10
**buried [1]**
15/22
**business [2]**
17/3 17/8
**buy [11]**  37/17
45/21 45/25
46/4 46/8
46/12 46/14
47/5 47/6
47/12 60/7

**C**

**call [1]**  20/15

**called [1]**
43/11
**came [8]**  6/10
10/11 10/12
29/6 31/23
37/21 46/20
46/24
**came back [1]**
46/24
**camera [1]**
56/8
**can [30]**  7/20
11/25 12/3
14/2 17/5
17/17 19/11
22/14 23/6
25/22 26/21
26/24 30/25
34/14 36/13
37/18 44/8
45/9 46/16
47/14 58/11
59/21 60/16
60/18 61/23
62/3 62/25
66/13 66/23
67/6
**cancer [1]**
15/14
**candidate [2]**
44/16 56/2
**Capitol [42]**
6/6 6/9 6/13
6/15 6/16 7/3
9/14 11/9
28/14 28/24
29/3 29/8
29/14 29/15
30/6 36/17
37/2 38/8 39/1
39/2 41/22
42/6 42/7
42/19 46/10
46/11 46/23
47/19 47/20
47/21 52/9
52/24 53/4
53/7 56/17
57/22 57/22
58/3 58/6
58/14 58/18
61/9
**captured [1]**
52/21
**car [1]**  54/19
**care [2]**  17/10
67/8
**cared [1]**

32/21
**Carillon [1]**
1/17
**CAROL [21]**  1/6
2/4 2/13 13/9
16/18 16/21
16/21 17/12
17/19 18/2
18/3 19/16
19/18 19/24
20/2 20/11
21/2 21/18
22/5 26/22
27/12
**Carol's [11]**
14/4 14/15
17/3 17/22
18/11 18/20
20/13 20/24
21/6 21/14
21/25
**carry [2]**
49/14 66/15
**case [12]**  6/25
24/7 34/6 41/1
42/6 42/19
49/2 49/5
49/20 50/12
63/5 63/19
**cases [7]**  2/18
6/16 31/1 41/6
43/18 57/16
63/20
**Castro [1]**
41/20
**catastrophic
[1]**  54/11
**Catholic [1]**
28/1
**caught [9]**
9/12 33/5 35/7
37/16 37/19
42/2 42/3 47/6
61/15
**cause [4]**  9/6
11/13 29/13
34/23
**caused [9]**
6/11 6/12 8/21
9/2 9/10 10/10
31/17 32/13
37/11
**causes [1]**
17/25
**celebrated [1]**
56/6
**celebrating [2]**
50/23 51/2

**celebratory [1]**
51/12
**celiac [2]**
24/18 24/23
**Cemetery [1]**
15/23
**centers [1]**
24/11
**certain [2]**
53/14 59/5
**certainly [1]**
11/14
**certify [1]**
68/4
**challenges [1]**
27/9
**chambers [2]**
11/3 11/6
**change [8]**
4/22 5/5 5/10
5/11 7/18
30/20 55/13
57/23
**changes [1]**
9/25
**changing [1]**
25/1
**chaos [1]**
11/15
**character [13]**
11/22 11/24
16/20 18/11
18/20 19/15
19/21 21/25
23/7 25/17
57/16 60/17
62/9
**charge [2]**
40/5 66/4
**charges [3]**
18/2 19/20
66/5
**charitable [1]**
17/23
**Charles [2]**
19/7 19/8
**Chicago [1]**
27/25
**child [1]**
55/15
**children [6]**
13/11 21/3
21/9 21/18
21/24 64/10
**children's [1]**
21/16
**choice [1]**
56/2

**chose [1]**
10/21
**circumstance
[1]**  37/6
**circumstances
[3]**  38/23
57/15 66/1
**citizen [3]**
30/10 55/7
57/5
**citizens [1]**
27/15
**civil [5]**
55/10 55/13
55/14 55/20
57/16
**clarification
[3]**  5/7 8/22
8/25
**clarified [2]**
6/20 51/4
**clarify [1]**
6/3
**clarifying [1]**
9/23
**classified [2]**
5/23 41/23
**classify [1]**
42/11
**clear [6]**  29/3
41/9 54/24
55/2 56/3 64/1
**clearly [4]**
10/23 41/2
45/3 50/2
**clerk [2]**  3/4
3/8
**client [1]**
45/22
**clients [3]**
52/19 52/23
66/23
**close [1]**
17/20
**closely [2]**
19/24 24/6
**closer [3]**
27/13 32/19
63/6
**coach [1]**
30/16
**cohorts [1]**
49/21
**Colin [1]**
22/16
**colleagues [2]**
43/15 43/16
**colonel [2]**

## C

colonel... [2]
15/22 55/6
COLUMBIA [1]
1/1
comfort [2]
15/10 15/11
coming [6]
10/19 29/7
33/19 46/17
56/19 64/15
commensurate
[1]   57/14
comments [1]
38/11
commit [3]
29/13 37/7
65/8
commitment [1]
20/2
committed [2]
30/7 54/12
committing [1]
29/11
community [11]
10/8 11/18
15/9 18/24
19/22 20/18
21/13 24/19
24/22 24/23
30/8
company [3]
13/17 25/3
25/13
compared [1]
29/11
comparing [1]
55/18
compassion [5]
14/19 15/4
18/17 20/12
23/23
compelled [2]
19/18 61/8
complete [2]
14/17 67/6
completed [1]
67/12
completely [2]
44/10 47/16
completion [1]
65/24
compliant [1]
44/13
complied [1]
13/19
comply [2]

44/17 65/5
conceivably [1]
64/17
concern [7]
26/23 37/22
42/25 43/7
45/1 60/12
63/21
concerned [6]
33/15 45/7
47/18 60/12
62/24 63/1
concerning [1]
28/25
concerns [1]
42/22
conclude [2]
35/6 64/23
conclusion [1]
18/10
condition [2]
4/11 65/16
conditions [9]
38/22 39/3
44/13 49/4
49/10 65/3
65/5 66/21
66/22
conduct [25]
5/25 6/17 6/23
7/9 7/10 7/14
7/21 11/16
21/12 34/21
41/14 41/16
42/9 42/11
42/15 42/24
43/2 43/22
43/23 43/24
45/13 45/15
49/22 54/1
64/7
Coney [1]
28/14
confidence [2]
18/23 21/23
confident [2]
9/11 31/13
confirm [1]
26/24
confront [1]
27/10
congressional
[1]   52/20
connection [1]
20/10
conscious [1]
35/21
consciously [1]
38/7

consequence [5]
44/6 44/7
44/17 64/3 64/6
consequences
[5]   18/6
34/21 34/22
36/5 64/2
conservative
[1]   64/1
consider [10]
6/23 15/25
18/12 19/21
22/1 34/18
44/11 48/23
67/3 67/4
consideration
[3]   25/17
34/23 57/10
considerations
[1]   25/24
considered [3]
3/13 38/9
63/17
considering [6]
6/24 18/20
23/4 25/25
38/23 50/9
consistency [1]
18/16
consistently
[2]   16/22
20/2
Constitution
[2]   1/24 54/9
constitutional
[1]   28/8
constraints [1]
20/5
consulted [3]
4/5 7/22 8/2
consumers [1]
20/4
contend [1]
5/20
content [1]
20/5
context [1]
22/6
continents [1]
15/2
continue [1]
18/24
continued [1]
17/8
continues [1]
30/18
contribute [1]
18/24

contributed [3]
9/9 31/11
48/4
contributing
[3]   14/21
29/22 57/9
contributions
[3]   17/22
18/13 22/2
conviction [2]
40/2 66/2
convinced [4]
53/1 61/13
61/14 63/5
cost [1]   34/14
costs [1]
65/15
counsel [8]
2/5 3/10 3/14
3/21 10/4
28/12 50/5
52/11
counseling [3]
13/14 26/24
27/8
countries [2]
15/2 24/11
country [27]
15/19 15/24
23/10 24/24
28/3 28/11
28/11 31/21
32/10 33/12
33/15 33/16
34/1 54/6 54/8
55/6 55/12
55/17 56/25
57/5 57/6
62/23 62/23
63/11 63/14
63/16 63/22
country's [1]
28/4
counts [2]
48/17 48/19
couple [2]
10/16 27/13
course [1]
21/11
court [75]
Court's [8]
5/3 5/9 6/22
18/25 41/2
43/7 46/15
52/12
courtroom [1]
21/1
courts [3]

1/23 41/14
42/15
COVID [2]   17/8
35/12
COVID-19 [1]
35/12
cr [1]   1/4
create [3]
17/14 39/11
65/20
created [6]
24/24 37/4
37/6 37/9
38/16 38/17
creates [1]
17/16
creating [2]
17/4 24/21
crimes [2]
30/13 65/8
criminal [7]
1/3 2/2 29/1
30/10 30/19
31/4 44/19
Cross [1]   15/1
crossed [3]
28/15 57/1
57/2
crowd [3]
36/18 47/7
53/16
crowds [1]
8/21
culpable [4]
6/2 6/23 7/9
7/11
curiosity [1]
17/20

## D

D.C [1]   6/8
damage [11]
6/11 7/16 9/3
9/16 11/13
25/12 28/9
29/13 36/9
36/21 39/2
damaged [2]
8/21 9/7
damaging [1]
47/16
dangerous [1]
56/19
data [1]   23/2
date [4]   32/5
40/1 66/1
68/10
DAVID [2]   1/16

**D**

**DAVID... [1]**
2/11
**day [19]** 11/16
13/14 25/11
25/18 31/12
31/16 32/8
35/1 41/4
41/25 43/6
43/23 50/20
53/15 53/20
55/22 56/20
57/2 57/11
**days [11]** 10/7
38/20 39/23
40/1 41/19
43/3 64/23
65/1 65/12
65/23 66/1
**DC [3]** 1/5
1/15 1/25
**deal [2]** 13/16
13/18
**deals [1]** 8/18
**dear [1]** 19/19
**death [1]**
27/23
**debate [1]**
17/15
**debit [1]**
65/20
**decades [2]**
57/8 62/14
**decades-long**
**[1]** 57/8
**decide [1]**
63/18
**decided [4]**
29/7 32/19
35/13 38/12
**deciding [2]**
34/18 57/11
**decision [7]**
16/1 27/16
32/20 35/18
35/23 41/21
48/14
**decisions [1]**
18/8
**decorated [2]**
15/21 55/5
**dedicated [1]**
15/14
**dedication [2]**
16/24 20/2
**deeds [1]** 24/7
**deep [4]** 15/19

21/3 21/17
27/4
**deeply [5]**
22/4 28/13
30/5 54/9 57/3
**defend [1]**
19/16
**Defendant [4]**
2/4 2/4 2/12
2/12
**defendant's [1]**
3/1
**defendants [5]**
1/7 1/16 5/19
10/11 49/21
**defense [5]**
3/16 3/19
11/21 40/9
66/16
**define [1]**
22/4
**degree [1]**
7/17
**delicious [1]**
21/11
**delivered [3]**
15/9 20/5
26/25
**democracy [5]**
28/7 32/22
32/24 45/6
56/25
**Democrat [1]**
28/1
**democratic [2]**
31/17 63/22
**demonstrated**
**[3]** 16/23
18/17 27/5
**deny [1]** 7/18
**department [4]**
5/19 39/16
39/19 65/19
**describe [2]**
50/22 50/25
**deserve [1]**
22/5
**despite [5]**
17/9 18/14
28/4 33/1
35/11
**destroy [1]**
9/14
**destroyed [1]**
33/9
**destroying [1]**
48/3
**detention [1]**

64/24
**deter [5]**
34/11 41/13
42/10 43/9
44/2
**determination**
**[2]** 27/11
40/23
**deterrence [5]**
41/10 41/11
43/1 43/5 44/9
**detriment [1]**
25/4
**devastated [1]**
20/16
**develop [1]**
60/8
**developed [1]**
32/7
**devoted [1]**
17/24
**diagnosed [1]**
15/13
**dialogue [1]**
17/15
**die [2]** 37/1
61/13
**died [3]** 30/7
35/16 37/7
**different [8]**
8/12 24/11
38/7 41/22
56/22 56/22
64/11 64/12
**differentiate**
**[1]** 55/19
**differing [2]**
17/16 17/19
**difficult [1]**
63/20
**difficulty [2]**
34/5 34/5
**dignity [1]**
15/16
**digressed [1]**
14/23
**dilemma [1]**
34/15
**dinner [1]**
17/18
**directing [1]**
42/16
**disabled [1]**
30/9
**disagree [4]**
50/17 51/9
53/9 62/22
**disassociated**
**[1]** 61/22

**discernment [1]**
20/8
**discipline [1]**
27/24
**disconnected**
**[1]** 60/1
**discretion [1]**
5/10
**discretionary**
**[1]** 49/4
**Discussion [1]**
67/1
**discussions [1]**
17/17
**disease [2]**
17/4 24/18
**disinformation**
**[1]** 59/3
**dislike [1]**
31/17
**dismay [1]**
31/17
**dismiss [3]**
48/17 48/19
66/8
**dismissed [1]**
66/6
**disobedience**
**[5]** 55/11
55/13 55/14
55/20 57/16
**disorders [1]**
24/18
**disparaging [1]**
60/17
**disparity [3]**
41/7 42/23
43/5
**disposition [1]**
30/19
**dispute [1]**
46/19
**disrespectful**
**[2]** 28/20
28/22
**distinction [1]**
7/1
**distressed [1]**
29/23
**distressful [1]**
31/20
**distributed [1]**
30/1
**district [15]**
1/1 1/1 1/10
1/23 41/6
41/15 42/15
42/22 48/22

48/24 49/1
50/13 54/15
60/16 65/7
**divide [1]**
63/8
**divided [2]**
63/2 63/3
**docket [1]**
2/19
**Doherty [1]**
1/17
**DOJ [1]** 1/14
**DOJ-USAO [1]**
1/14
**done [12]** 9/12
16/1 24/7
25/12 30/21
31/14 32/6
34/24 36/7
39/2 52/19
62/2
**door [3]** 5/1
5/9 29/17
**doors [3]**
10/13 29/16
29/19
**doubt [2]**
52/18 52/20
**down [9]** 8/16
10/22 13/16
21/19 24/16
28/19 45/11
54/1 58/6
**Dr. [2]** 55/5
55/18
**Dr. King [1]**
55/18
**Dr. Martin [1]**
55/13
**draft [1]** 3/1
**driving [1]**
54/18
**drug [3]** 39/6
65/10 65/13
**drugs [3]** 39/7
39/10 65/11
**dry [1]** 15/10
**due [1]** 29/6
**during [3]**
17/8 18/4
51/15
**Dustin [2]**
14/5 14/15
**duty [1]** 55/11
**dynamic [1]**
21/2

**E**

**educated [2]**
24/21 32/10
**education [3]**
17/5 24/11
24/24
**effect [2]** 5/4
55/16
**effects [1]**
54/10
**efforts [1]**
20/4
**egregious [5]**
28/20 28/21
41/16 42/25
54/1
**eight [1]** 4/7
**either [1]**
9/20
**elaborate [1]**
3/22
**elected [1]**
56/2
**election [16]**
32/19 32/19
33/2 33/19
51/15 51/21
52/1 52/1
53/18 58/24
58/25 59/1
59/13 59/16
59/18 64/14
**electorate [2]**
59/22 60/14
**elements [2]**
5/4 5/11
**Ellipse [1]**
38/5
**else [7]** 3/13
23/3 25/24
40/7 40/9
66/10 66/16
**emerged [1]**
27/12
**empathy [1]**
27/9
**employees [1]**
17/9
**employment [1]**
39/6
**empty [1]** 67/7
**emulate [2]**
16/23 21/24
**enamored [3]**
31/4 32/11
32/13
**encounter [1]**

21/5
**encountered [2]**
6/10 47/3
**encouraging [2]**
42/17 42/18
**end [2]** 6/24
44/21
**ended [1]**
36/19
**energy [2]**
17/24 24/16
**enforcement [1]**
6/11
**engage [7]**
17/17 34/20
36/2 42/8
42/11 43/8
45/16
**engaged [8]**
6/1 6/5 42/16
43/2 45/13
45/15 46/22
54/2
**engaging [1]**
41/13
**enjoy [1]** 17/6
**enough [4]**
23/18 24/8
32/22 33/23
**enriched [1]**
15/3
**ensure [2]**
17/10 43/8
**ensuring [1]**
20/3
**entered [3]**
4/25 5/8 29/3
**entering [1]**
46/17
**entire [4]**
23/19 24/15
24/21 64/11
**entirety [2]**
22/1 22/4
**entities [2]**
49/14 66/14
**entitled [1]**
68/5
**environment [4]**
17/5 17/15
38/7 38/16
**especially [2]**
7/5 34/6
**essentially [2]**
5/24 49/22
**established [1]**
29/12
**ethic [1]** 17/7

**ethical [3]**
13/10 15/6
27/16
**ethics [3]**
14/20 26/23
27/6
**evaluate [1]**
27/15
**even [11]** 5/3
29/12 32/4
32/16 35/19
37/5 50/24
51/17 54/14
61/11 62/22
**event [1]**
31/10
**events [4]**
5/15 15/12
19/17 22/3
**eventually [1]**
11/8
**everybody [2]**
9/8 60/15
**everyone [4]**
22/9 23/3 25/8
25/24
**evidence [9]**
6/4 6/7 6/10
6/14 9/1 29/25
32/16 51/22
53/18
**evidenced [1]**
20/25
**evident [1]**
20/8
**exactly [3]**
49/9 58/20
60/11
**exaggerates [1]**
36/10
**examine [1]**
18/2
**examined [1]**
24/5
**example [2]**
20/15 25/21
**exceeded [1]**
20/6
**excellent [1]**
13/10
**exceptional [2]**
18/12 20/25
**exchange [1]**
55/25
**exemplary [3]**
18/22 21/12
35/3
**exercise [1]**

28/7
**exit [4]** 10/14
10/21 15/15
29/16
**exits [1]**
10/15
**expect [1]**
64/3
**expectations
[1]** 20/6
**expenses [2]**
40/4 66/3
**experience [6]**
23/7 27/12
41/10 45/4
56/9 61/24
**expert [1]**
20/19
**explanation [1]**
52/13
**express [3]**
37/22 62/21
62/23
**expressed [1]**
18/4
**expressing [1]**
51/6
**extended [1]**
17/1
**extent [1]**
42/20
**extracted [1]**
38/13
**extreme [1]**
18/4
**extremely [2]**
25/12 29/23

**F**

**face [3]** 6/10
6/10 19/20
**fact [16]** 5/16
10/20 29/8
31/11 31/23
33/1 35/3 35/9
36/1 48/3
49/24 51/16
53/3 56/6
61/10 64/24
**factor [3]**
45/17 45/20
50/18
**factors [2]**
10/9 34/17
**facts [1]** 41/1
**factual [4]**
5/6 5/12 9/19
51/1

**fair [2]** 28/25
62/17
**fairest [1]**
54/7
**fairly [1]**
57/15
**false [1]** 52/1
**familiar [1]**
49/21
**families [1]**
17/10
**family [9]**
17/1 21/2
21/16 22/3
21/22 22/3
23/22 23/23
24/22 25/13
57/4
**far [7]** 40/5
45/6 45/19
47/15 47/18
50/11 50/16
**fast [1]** 21/15
**fate [1]** 57/12
**father [10]**
14/15 15/13
15/15 15/21
23/19 23/22
27/24 27/25
28/1 30/16
**father's [3]**
15/17 23/6
27/23
**fear [4]** 37/3
37/5 52/17
64/16
**feared [1]**
64/4
**fearlessly [1]**
25/3
**federal [2]**
54/13 65/8
**feel [5]** 19/17
24/25 62/12
62/13 63/12
**feeling [1]**
61/11
**feelings [1]**
15/18
**fellow [1]**
43/16
**felt [4]** 29/8
29/24 60/18
61/8
**female [1]**
17/3
**few [5]** 6/3
21/13 24/6
29/24 45/19

**F**

fighting [1]
32/22
file [1]   40/6
filed [2]   4/10
11/25
filming [1]
8/4
final [3]   8/15
8/17 40/23
finally [2]
26/4 29/17
financial [6]
13/17 25/4
39/14 39/15
39/18 65/18
financially [1]
54/11
find [6]   24/6
32/2 32/7
33/11 52/10
64/18
fine [4]   31/8
38/23 65/25
67/9
finish [1]
39/23
finished [1]
65/23
firearm [1]
4/17
firmly [2]
18/14 21/5
first [15]
2/20 3/25 4/6
4/21 12/2
15/10 24/9
28/8 46/24
47/1 50/8 54/5
56/12 59/21
66/19
firstborn [1]
23/6
fit [1]   21/15
five [5]   15/1
15/13 21/8
23/17 24/11
fix [1]   39/1
FL [1]   1/18
flags [1]
42/17
flaws [1]   28/4
fled [1]   51/16
flee [2]   61/9
61/12
flew [1]   15/7
floor [1]   46/4

Florida [5]
32/20 32/21
48/22 65/7
67/4
flow [4]   45/24
47/7 47/15
47/18
folk [1]   61/14
follow [2]
14/20 25/2
followed [2]
60/25 61/2
following [2]
28/11 36/18
food [2]   15/10
21/11
Force [2]
15/22 55/5
forced [4]
10/17 37/24
46/3 46/13
forcing [2]
10/20 46/14
foregoing [1]
68/4
former [3]
55/22 57/20
58/15
forth [4]   9/19
36/19 38/6
50/24
fortunate [3]
23/17 24/8
52/25
forward [1]
27/20
fostering [1]
21/4
fosters [1]
17/15
fought [1]
32/21
found [1]
47/10
four [3]   4/7
14/16 48/19
free [4]   21/11
40/4 59/20
66/4
freedom [1]
28/3
fresh [1]   23/1
friend [3]
13/11 20/15
21/17
friends [6]
13/11 19/16
19/19 21/15

22/3 26/13
full [6]   39/5
39/20 39/21
60/5 65/22
65/24
full-time [1]
39/5
fully [1]   3/5
further [6]
3/22 13/21
63/8 65/8
65/20 67/14
future [2]
33/15 62/2

**G**

gathered [1]
8/20
gave [1]   57/21
Gavito [1]
2/16
general [4]
41/11 43/1
65/3 66/21
generalization
[1]   8/20
generally [1]
41/13
generosity [1]
20/21
genuine [2]
21/6 26/23
Germany [1]
32/9
gets [1]   40/14
given [4]
11/16 23/15
36/6 39/18
giving [2]
14/17 15/11
glioblastoma
[1]   15/14
gluten [1]
21/11
gluten-free [1]
21/11
God [5]   8/9
8/10 38/6
49/25 50/2
goes [2]   45/20
53/13
good [33]   2/8
2/10 2/11 2/14
2/15 2/17 12/7
12/9 13/8
13/21 13/25
14/1 14/14
15/25 16/4

16/5 16/17
19/3 19/4
19/13 22/12
22/14 25/7
26/6 27/21
31/5 32/14
33/8 33/10
42/2 54/4 64/9
64/10
Gore [1]   32/18
government [28]
1/13 2/7 3/13
4/6 7/6 7/6
7/23 8/2 8/7
8/8 9/21 10/4
10/7 10/10
11/17 29/9
37/2 40/5 40/7
45/11 46/18
48/16 48/18
49/18 50/22
50/24 66/4
66/5
government's
[6]   3/2 8/6
38/10 41/24
50/16 50/17
grabbing [1]
42/18
grace [1]
15/16
gracious [1]
48/9
graciousness
[1]   32/18
grandchildren
[3]   13/11
14/16 16/25
grandfather [2]
15/21 23/11
grandmother [1]
62/14
granted [3]
28/3 59/20
66/9
grave [3]
56/16 57/10
62/15
gravity [3]
27/1 27/1
28/14
great [7]
13/13 13/16
13/18 25/22
28/3 30/8 57/5
Greg [2]   26/5
26/8
grew [2]   16/18

63/25
group [15]   6/6
11/14 28/10
46/19 47/2
47/10 47/15
47/17 47/25
47/25 48/1
48/4 53/12
54/17 61/15
grouped [2]
54/16 54/18
grouping [1]
62/6
groups [1]
51/24
Growing [1]
27/25
guarantee [2]
30/23 62/3
guess [6]   2/18
11/1 23/2 32/9
44/1 45/21
guidance [1]
27/3
guidelines [3]
5/4 5/10 10/3
guiding [1]
23/20
guns [1]   43/12

**H**

half [5]   13/19
28/22 44/14
45/4 64/15
hallway [2]
10/22 11/6
hand [1]   28/25
handed [3]
50/13 53/25
57/15
handle [1]
31/1
happen [10]
30/24 33/17
37/25 38/14
45/10 45/11
57/24 64/16
64/17 64/17
happened [16]
13/13 32/5
32/7 32/9
34/10 43/17
45/12 45/14
47/9 55/2 55/3
59/8 59/13
61/23 64/14
64/21
happening [4]

**H**

happening...
**[4]**  48/5
56/25 63/6
63/7
happens **[1]**
33/18
happily **[1]**
23/18
happiness **[1]**
15/5
hard **[6]**  14/22
24/14 25/7
25/21 30/3
64/8
harm **[2]**  6/12
15/25
hate **[1]**  33/16
haven **[1]**
21/10
health **[2]**
35/17 35/21
hear **[6]**  3/21
5/20 22/10
48/8 55/22
58/2
heard **[4]**  5/3
5/18 52/2 62/8
hearing **[4]**
25/8 25/23
28/24 60/10
hearings **[1]**
28/17
heart **[3]**  20/3
20/12 60/19
heck **[1]**  52/6
help **[8]**  15/8
15/11 18/1
20/14 20/19
24/25 25/1
30/9
helped **[3]**
24/10 25/18
27/14
helpful **[2]**
13/10 23/9
helping **[8]**
14/25 17/3
20/19 24/12
24/16 25/14
57/9 62/14
HENEGHAN **[46]**
1/6 2/3 2/12
2/20 3/3 3/21
3/25 4/25 5/6
5/23 5/25 8/23
9/20 12/10

12/15 14/7
16/19 19/16
19/19 22/5
26/10 27/20
27/22 27/24
40/24 41/9
41/11 41/16
41/22 41/23
42/4 42/8 42/9
43/3 43/6 43/9
43/22 44/12
45/14 46/17
48/22 50/11
50/19 53/19
66/18 67/3
Heneghan's **[4]**
41/1 42/19
42/25 46/21
herself **[3]**
18/6 24/21
25/13
Hey **[1]**  34/13
Hi **[1]**  22/25
high **[1]**  15/4
highest **[1]**
7/6
highly **[3]**
15/21 32/10
55/5
himself **[2]**
47/9 47/10
history **[3]**
44/19 57/8
57/17
hit **[1]**  15/7
Hitler **[1]**
32/11
home **[7]**  16/19
21/10 34/13
44/25 64/1
67/4 67/7
honest **[1]**
62/17
honestly **[2]**
25/10 54/17
Honor **[57]**  2/8
2/11 2/15 3/15
3/17 3/24 3/24
5/21 6/13 8/17
9/18 10/5 10/6
11/20 13/8
14/12 14/14
16/2 16/15
16/17 18/19
19/14 20/13
22/9 22/25
23/2 24/14
25/6 25/11

25/16 25/23
26/1 26/4
27/17 27/21
28/25 30/23
40/8 40/10
40/18 41/19
48/16 48/18
48/21 49/3
49/7 49/11
49/16 49/19
50/6 54/4 61/5
61/21 63/16
66/7 66/17
67/13
HONORABLE **[3]**
1/10 16/20
18/11
honored **[1]**
15/17
HOOK **[3]**  1/22
68/3 68/10
hope **[7]**  15/25
23/25 34/22
35/24 57/8
63/1 63/4
hopes **[1]**
14/17
hoping **[1]**
40/22
hotel **[1]**
41/20
hours **[3]**  10/8
21/20 61/25
house **[6]**  7/5
14/23 31/19
45/18 52/5
56/6
House's **[1]**
36/11
household **[2]**
21/13 28/1
housewife **[1]**
55/7
human **[3]**  15/3
20/25 62/11
humanity **[1]**
29/16
hundred **[1]**
30/6
hundreds **[2]**
25/19 61/25
hurry **[3]**  8/10
50/1 51/11
hurt **[1]**  61/16

**I**

idea **[6]**  7/13
10/16 30/8

42/2 52/15
54/20
identical **[4]**
4/3 50/10
50/19 50/20
identified **[1]**
2/19
identify **[5]**
14/2 16/6 19/5
22/14 26/6
ideologies **[1]**
17/14
illegal **[2]**
39/7 65/11
images **[1]**
6/15
imagine **[1]**
50/9
immediately **[1]**
40/16
immense **[2]**
27/9 30/2
impact **[7]**
8/18 17/25
18/21 19/22
25/14 63/21
64/7
impacted **[1]**
17/4
impairment **[1]**
3/10
importance **[1]**
21/4
importances **[1]**
27/15
important **[5]**
6/21 19/21
30/19 36/3
56/24
importantly **[1]**
6/12
impose **[5]**
38/20 38/21
38/22 65/14
65/25
imposed **[3]**
4/12 49/4
63/19
impression **[1]**
40/12
imprisonment
**[1]**  11/17
improved **[1]**
22/7
incarcerated
**[1]**  29/10
incarcerating
**[1]**  43/9

incarceration
**[2]**  10/7
10/10
incensed **[1]**
60/23
incident **[3]**
13/16 18/1
18/14
inclined **[2]**
34/9 36/4
included **[1]**
54/16
includes **[1]**
30/8
including **[1]**
44/19
incorporated
**[1]**  10/1
incorrect **[2]**
59/16 59/18
increased **[1]**
27/5
incredible **[1]**
21/2
incurable **[1]**
15/14
indicate **[4]**
9/6 9/15 42/7
44/15
indicated **[1]**
32/16
indication **[6]**
7/17 9/7 9/16
39/6 46/22
65/10
individual **[9]**
7/8 8/12 13/21
18/16 18/22
21/5 32/4
35/17 43/21
individual's
**[1]**  35/17
individualized
**[1]**  43/22
individually
**[1]**  10/12
individuals
**[36]**  3/9 7/2
7/7 8/20 8/23
9/2 9/11 17/13
26/23 31/3
35/5 36/6 41/7
41/12 41/18
42/1 42/3
42/13 42/18
42/21 42/23
46/2 48/6
48/12 49/14

**I**

individuals...
**[11]**   50/20
51/16  51/20
51/20  51/22
51/23  53/5
53/8  53/10
53/19  66/14
industry [1]
19/25
influence [1]
18/13
influenced [1]
21/8
information [4]
39/16  59/4
60/4  65/18
informed [2]
59/21  60/14
ingrained [1]
55/15
initial [1]
46/10
initially [1]
46/17
injured [2]
30/6  52/22
injury [1]
29/22
injustices [1]
55/10
inside [2]
7/21  47/8
inspiring [1]
20/22
instantly [1]
55/1
Instead [1]
10/21
instilled [2]
15/20  21/3
instilling [1]
21/23
integrity [1]
18/17
intellect [1]
20/3
intended [2]
46/23  58/9
intending [1]
50/7
intent [2]
51/25  52/22
intention [1]
55/21
intentions [2]
25/7  25/22

interaction [2]
3/9  20/9
interactions
[1]   56/20
interest [2]
17/20  39/25
interesting [1]
11/3
interests [1]
28/5
interfere [1]
55/25
interject [1]
47/14
interrupt [1]
40/11
into [33]   7/2
7/3  7/7  7/8
7/11  10/1
10/20  11/2
11/6  20/3
21/15  24/12
24/16  25/17
25/18  25/24
28/13  31/18
31/19  33/4
36/7  36/11
43/15  45/17
46/6  46/9
46/10  47/11
54/25  55/15
57/10  60/7
62/2
introduced [1]
21/14
invaded [1]
61/9
investigation
[1]   2/24
involve [1]
7/4
involved [3]
6/17  31/3
31/10
involvement [2]
7/18  41/2
involving [1]
63/20
Irish [1]   28/1
irregularities
[1]   59/14
isolated [1]
24/25
issue [1]   53/4
issued [1]
40/17
issues [1]
65/13

**J**

jail [6]   6/25
38/20  41/12
43/3  43/24
65/24
January [16]
6/1  19/17  22/3
28/22  31/2
31/10  32/25
33/24  34/10
38/16  41/3
44/18  45/2
54/9  63/20
64/14
jaywalking [1]
54/14
JEFF [3]   1/22
68/3  68/10
JFK [2]   28/1
28/4
job [1]   30/3
join [2]   28/9
41/22
JON [17]   1/6
2/3  2/12  19/16
19/19  21/14
21/14  21/16
21/18  21/18
21/22  21/25
22/5  26/22
27/11  27/22
27/24
journalist [1]
56/7
journey [2]
26/25  27/8
joy [1]   51/7
joyful [1]
21/16
judge [11]
1/10  6/3  28/18
28/19  34/5
34/17  42/12
43/23  44/12
48/15  51/23
judges [2]
42/21  43/20
judicial [1]
54/6
June [1]   1/5
jurisdiction
[2]   48/23
49/1
Justice [2]
28/17  28/24
justifiably [1]
52/18

justification
[1]   51/14

**K**

Kaitie [1]   2/9
KAITLIN [1]
1/13
Katrina [2]
15/7  20/16
Kavanaugh [2]
28/18  28/19
keep [1]  46/25
key [2]   15/5
23/15
KICINSKI [35]
1/6  2/4  2/13
4/2  4/25  5/6
5/23  6/1  8/4
8/12  8/23  9/20
12/11  12/15
12/21  14/5
14/6  14/15
16/9  19/16
19/18  22/5
22/16  22/17
26/10  49/18
50/5  50/7
50/18  53/19
53/21  54/1
54/3  57/19
67/3
Kicinski's [4]
7/24  11/1  14/7
49/23
killed [3]
35/11  52/22
65/24
kind [5]   13/10
21/19  23/9
36/18  36/20
kindness [1]
20/13
King [2]   55/13
55/18
KLAMANN [2]
1/13  2/9
knew [1]   7/12
knowing [1]
20/11
knowingly [1]
15/24
known [3]   13/9
16/21  19/24
knows [5]
20/12  33/19
49/9  49/20
64/15
Korean [1]

27/25
kumbaya [1]
38/4

**L**

lack [2]   29/1
44/19
land [1]   14/21
language [1]
6/19
large [1]   8/20
last [3]   35/1
38/18  55/23
late [1]   39/25
later [4]
10/15  30/7
55/7  56/8
laughter [1]
21/11
law [4]   6/11
30/9  32/3  57/5
laws [2]   14/20
15/20
lawyer [2]
40/3  40/5
lawyer's [1]
38/11
lawyers [1]
8/3
lead [3]   44/20
44/20  45/1
leadership [1]
17/7
learn [3]
18/23  30/14
30/19
learned [9]
14/22  29/20
30/10  30/20
34/7  41/9
44/11  56/12
56/23
least [5]
31/16  39/8
39/21  64/21
65/23
leave [6]   5/9
29/5  29/18
56/17  65/4
66/22
leaves [1]
49/9
leaving [4]
6/13  11/8
23/20  55/24
lecturn [1]
2/5
led [2]   23/23

# L

**led... [1]**
25/3
**left [11]**   8/10
29/15 36/8
36/21 42/7
46/11 46/24
47/1 50/1
51/10 60/24
**legitimate [1]**
45/1
**leniency [1]**
18/19
**less [9]**   6/2
6/23 7/9 7/10
54/1 61/19
63/2 63/2 63/2
**lesson [1]**
34/7
**lessons [2]**
21/21 23/15
**letter [3]**
12/23 13/2
23/1
**letters [3]**
12/20 12/21
62/9
**letting [1]**
25/3
**level [4]**   7/6
7/15 20/11
52/5
**lie [1]**   31/24
**lies [1]**   33/1
**lieutenant [1]**
15/22
**life [25]**
13/18 15/6
15/15 16/24
17/6 17/13
18/13 20/20
20/24 21/21
21/23 22/1
23/16 23/19
24/15 25/1
25/14 28/2
29/1 30/15
33/8 35/3
35/20 64/7
64/11
**life-changing
[1]**   25/1
**lifestyle [1]**
15/3
**lifetime [2]**
16/1 30/24
**light [3]**

19/17 21/25
59/2
**limited [1]**
6/23
**limits [3]**
20/13 54/24
54/25
**line [4]**   28/15
32/15 35/20
64/3
**lines [2]**   57/1
57/2
**list [1]**   11/25
**listen [1]**
59/5
**listened [2]**
5/14 57/20
**listening [4]**
23/3 25/16
57/17 58/21
**listening to
[1]**   58/21
**literally [2]**
24/9 25/20
**little [8]**
1/16 1/17 2/12
17/1 21/20
58/23 58/24
61/1
**live [2]**   17/6
37/3
**lived [2]**   35/3
64/4
**lives [10]**
18/21 22/6
22/7 24/17
24/25 36/25
37/4 37/12
48/10 52/17
**living [1]**
15/5
**local [1]**   65/9
**located [1]**
46/6
**location [2]**
5/16 46/5
**locations [1]**
46/13
**long [5]**   13/9
18/3 29/25
57/8 63/21
**look [11]**   3/5
3/12 10/14
43/6 43/22
44/11 45/10
45/15 50/12
55/16 59/8
**looked [1]**

35/9
**looking [4]**
8/3 38/2 51/10
61/23
**looks [4]**   8/9
10/15 50/1
61/4
**losses [1]**
13/17
**lost [2]**   32/1
33/3
**lot [12]**   7/10
30/21 31/9
32/19 34/13
35/14 45/25
47/18 48/8
63/18 64/11
64/12
**loud [1]**   5/17
**love [11]**
13/12 14/19
21/3 22/2
23/10 23/24
32/3 33/12
33/15 54/8
63/16
**loves [1]**
15/23
**loving [3]**
16/25 21/17
23/9
**low [1]**   6/24
**loyal [1]**
13/10
**loyalty [1]**
20/12
**Luther [1]**
55/13

# M

**ma'am [1]**   16/4
**mad [2]**   51/11
61/3
**main [2]**   10/9
58/22
**maintain [1]**
39/5
**makes [1]**   8/19
**making [6]**
15/15 27/16
29/21 51/1
52/7 62/15
**man [4]**   21/17
21/19 21/24
32/15
**managing [1]**
17/8
**many [15]**   6/16

11/5 18/12
19/24 20/16
24/6 24/6
24/18 30/10
31/23 35/15
43/10 50/20
56/18 56/21
**marketing [1]**
20/4
**married [3]**
15/18 23/18
27/23
**Martin [1]**
55/13
**mass [2]**   29/15
29/23
**masses [1]**
29/6
**massive [1]**
47/19
**matriarch [1]**
23/21
**matter [3]**   2/2
2/17 68/5
**may [22]**   2/4
14/12 16/15
24/4 25/7 25/9
27/4 33/20
34/13 38/14
44/6 44/23
45/3 49/13
52/23 56/18
61/16 61/16
62/19 62/22
63/23 66/17
**maybe [8]**   9/6
34/7 34/7
34/11 37/3
62/19 63/23
63/24
**maze [2]**   36/17
47/20
**mean [18]**   6/2
11/10 24/9
25/19 31/18
32/10 33/7
34/25 36/23
37/18 43/13
44/1 45/25
47/5 47/6
57/19 61/5
61/25
**meaningful [1]**
20/5
**means [2]**
53/16 54/23
**media [7]**   6/14
30/1 43/10

56/5 56/14
59/18 59/25
**medical [1]**
35/12
**medicine [1]**
15/9
**member [4]**   7/4
14/22 33/17
57/9
**members [1]**
52/20
**memo [4]**   10/6
41/24 45/12
50/22
**memorandum [5]**
3/2 3/3 29/9
29/20 54/15
**memorandums [1]**
30/12
**mentality [15]**
9/10 9/13 31/7
31/12 33/3
37/19 41/25
42/3 47/15
47/17 47/21
48/1 48/5
53/14 53/17
**mere [1]**   31/11
**merely [1]**   7/2
**message [11]**
34/8 34/16
34/20 38/13
42/25 44/4
44/24 62/12
62/13 62/18
63/24
**middle [3]**
48/22 48/24
65/7
**might [7]**
25/23 29/4
29/24 34/8
36/4 45/11
64/17
**military [3]**
23/11 54/22
54/23
**militia [1]**
28/10
**mind [5]**   28/5
31/2 33/4 45/6
61/6
**mindedness [1]**
17/21
**mindset [4]**
31/16 32/7
32/13 61/17
**mine [1]**   19/19

**M**

**minion [1]**
58/21

**minor [1]**  6/18

**minutes [1]**
11/11

**mischaracterize
d [1]**  29/9

**misdemeanor [2]**
30/12 54/13

**misguided [1]**
24/6

**misinformation
[2]**  54/16
59/3

**misrepresentati
ons [2]**  33/2
54/16

**mistake [3]**
56/16 57/11
62/15

**mistakes [7]**
18/23 27/1
27/2 27/3
30/20 30/21
41/25

**mob [18]**  9/9
9/13 10/17
31/11 37/1
37/6 37/9
37/11 37/19
41/25 42/3
47/21 48/4
53/13 53/17
62/6

**mold [1]**  21/15

**mom [1]**  25/6

**moment [3]**
8/16 56/15
62/1

**money [1]**
24/12

**month [3]**
39/21 39/23
65/23

**months [1]**
28/22

**Moore [8]**  12/2
12/7 12/10
12/22 13/24
26/5 26/8 26/9

**morals [4]**
14/20 15/4
26/24 27/6

**more [13]**  6/12
10/24 10/25

14/17 24/5
24/7 27/14
41/16 42/10
42/24 50/3
63/2 63/3

**morning [30]**
2/8 2/10 2/11
2/14 2/15 2/17
4/6 4/8 12/7
12/14 12/24
12/25 13/4
13/8 13/25
14/10 14/14
16/4 16/13
16/17 19/3
19/9 19/13
22/12 22/19
26/6 26/15
27/21 50/25
54/4

**most [4]**  3/7
3/11 20/23
25/14

**mother [19]**
13/11 14/18
14/18 15/7
15/14 15/20
15/23 16/25
17/2 20/24
23/5 23/6
23/20 23/21
24/1 24/17
25/11 25/18
64/9

**mother's [1]**
24/7

**move [2]**  48/19
66/8

**moved [1]**
29/17

**Mr. [51]**  2/20
3/3 3/21 3/25
4/25 5/6 5/23
5/25 8/23 9/20
12/10 12/15
14/6 14/7
16/10 22/17
26/9 26/10
27/20 31/25
32/14 32/23
32/24 33/20
40/24 41/1
41/9 41/11
41/16 41/22
41/23 42/4
42/8 42/9
42/19 42/25
43/3 43/6 43/9

43/22 44/12
45/14 46/17
46/21 48/22
50/11 50/19
51/18 53/19
66/18 67/3

**Mr. Heneghan
[38]**  2/20 3/3
3/21 3/25 4/25
5/6 5/23 5/25
8/23 9/20
12/10 12/15
14/7 16/10
26/10 27/20
40/24 41/9
41/11 41/16
41/22 41/23
42/4 42/8 42/9
43/3 43/6 43/9
43/22 44/12
45/14 46/17
48/22 50/11
50/19 53/19
66/18 67/3

**Mr. Heneghan's
[4]**  41/1
42/19 42/25
46/21

**Mr. Kicinski
[2]**  14/6
22/17

**Mr. Moore [1]**
26/9

**Mr. Trump [5]**
32/14 32/23
32/24 33/20
51/18

**Mr. Trump's [1]**
31/25

**Ms. [35]**  4/2
4/25 5/6 5/23
6/1 7/24 8/4
8/12 8/23 9/20
11/1 12/7
12/10 12/11
12/15 12/21
12/22 13/24
14/7 16/9 19/8
26/10 41/20
45/18 49/18
49/23 50/5
50/7 50/18
53/19 53/21
54/1 54/3
57/19 67/3

**Ms. Castro [1]**
41/20

**Ms. Charles [1]**
19/8

**Ms. Kicinski
[24]**  4/2 4/25
5/6 5/23 6/1
8/4 8/12 8/23
9/20 12/11
12/15 12/21
16/9 26/10
49/18 50/5
50/7 50/18
53/19 53/21
54/1 54/3
57/19 67/3

**Ms. Kicinski's
[4]**  7/24 11/1
14/7 49/23

**Ms. Moore [4]**
12/7 12/10
12/22 13/24

**Ms. Pelosi [1]**
45/18

**much [11]**  3/6
10/24 10/25
24/4 24/16
41/16 42/10
42/24 45/11
50/2 59/3

**multiple [2]**
8/3 28/18

**must [5]**  39/5
40/15 51/10
51/11 61/3

**myself [10]**
17/14 24/17
24/18 25/1
25/24 30/21
55/18 57/3
58/12 61/10

**N**

**naively [1]**
28/14

**name [7]**  11/25
16/8 16/18
19/7 27/22
31/5 32/14

**name's [1]**
22/16

**Nancy [2]**  8/9
49/25

**national [2]**
15/23 38/6

**natural [1]**
19/25

**near [1]**  15/22

**necessarily [3]**
5/18 35/6
42/14

**need [11]**

14/25 18/1
20/15 20/19
27/2 40/14
49/8 49/14
66/5 66/15
66/18

**needed [1]**
23/23

**needs [1]**
48/16

**neighborhood
[1]**  18/4

**nervous [1]**
17/1

**new [5]**  15/7
21/14 30/10
39/18 56/1

**news [4]**  41/21
59/5 60/10
60/12

**next [7]**  5/21
8/11 11/1
33/18 34/12
36/4 43/12

**nice [1]**  54/19

**NICHOLAS [2]**
1/6 2/3

**night [1]**  35/1

**nobility [1]**
15/16

**nominee [1]**
33/20

**None [2]**  42/19
45/9

**NOPD [1]**  15/11

**nor [1]**  29/13

**note [1]**  11/2

**noted [3]**
10/22 11/1
49/4

**notice [1]**
40/6

**notification
[2]**  40/14
64/25

**noting [1]**
8/16

**number [7]**
4/11 5/15
23/12 24/23
31/1 31/20
57/20

**numbers [1]**
48/12

**numerous [3]**
18/21 21/12
42/13

**nurturing [1]**

**N**

nurturing...
**[1]** 16/24

**NW [2]** 1/14
1/24

**O**

**O'NEAL [2]** 1/6
2/4

**objection [7]**
3/1 4/7 4/10
4/21 5/1 5/21
8/17

**objections [7]**
3/18 3/21 3/23
4/1 4/6 9/19
9/22

**obligations [3]**
39/14 39/18
65/21

**observation [2]**
60/23 61/4

**observations
[1]** 51/1

**observed [1]**
61/5

**obviously [11]**
3/11 5/17 7/8
7/15 17/22
36/10 49/20
57/12 58/25
60/16 61/25

**occasions [2]**
8/4 21/12

**occur [5]** 9/10
37/9 45/5 45/5
57/23

**occurred [12]**
29/25 31/2
31/12 33/24
38/16 41/3
42/6 42/7 48/2
51/12 58/25
59/1

**occurring [4]**
41/21 50/23
51/1 51/2

**off [3]** 54/24
54/25 67/1

**offended [1]**
61/10

**offense [8]**
2/22 4/24 5/4
5/11 5/24 6/4
6/7 8/19

**office [32]**
2/16 3/19 7/4
7/5 7/11 7/12

7/13 7/22 8/9
10/2 31/19
36/12 36/20
36/21 36/25
45/19 46/6
46/7 47/11
49/24 49/24
50/1 50/19
51/2 51/7
51/10 52/15
55/24 60/21
61/8 61/9 65/4

**officer [4]**
29/18 29/22
37/7 54/19

**officer's [1]**
2/25

**officers [10]**
6/11 30/6 37/5
37/7 37/12
42/16 42/17
48/3 56/20
56/22

**offices [1]**
7/8

**Official [2]**
1/23 68/3

**officials [1]**
7/6

**old [4]** 16/22
21/22 23/20
62/13

**once [9]** 6/9
15/17 37/23
38/1 39/8 39/8
40/14 64/25
67/5

**one [35]** 4/16
7/5 7/20 8/16
10/7 10/15
12/1 12/1
23/12 23/14
24/1 24/23
29/10 31/6
32/15 34/2
34/17 37/7
38/21 41/11
41/18 42/22
43/4 54/6 56/1
57/2 59/19
60/7 65/2
65/22 67/3
67/4 67/6 67/7
67/11

**one's [1]**
30/19

**one-year [1]**
38/21

**ones [1]** 21/20
**only [16]**
17/14 18/5
21/20 23/14
27/13 37/21
37/23 38/25
46/10 46/12
47/13 49/22
55/11 56/19
58/11 61/23

**open [2]** 17/15
24/10

**opinion [3]**
27/14 28/12
44/9

**opinions [3]**
17/16 17/19
17/19

**opportunity [4]**
10/19 24/15
40/22 59/9

**ordeal [2]**
56/12 56/23

**order [4]** 2/19
8/13 49/14
67/9

**orderly [1]**
55/21

**orders [4]**
44/17 49/15
58/21 66/15

**organization
[1]** 6/5

**organizations
[2]** 17/23
60/10

**Orleans [1]**
15/7

**others [21]**
14/25 18/1
18/13 21/3
21/6 23/14
24/13 25/14
32/13 34/8
34/20 34/23
35/25 38/13
42/17 44/2
44/5 44/24
46/14 57/9
64/13

**otherwise [2]**
32/3 40/16

**ourselves [2]**
23/14 64/18

**out [22]** 10/21
11/6 17/9
25/23 28/25
29/19 31/9

32/7 33/23
38/2 38/3 38/8
46/17 49/14
50/13 51/19
52/6 52/25
53/1 56/21
57/15 66/15

**outgoing [1]**
28/6

**outside [3]**
8/20 12/23
47/3

**outstanding [1]**
17/2

**over [19]** 12/5
13/9 13/13
23/12 23/17
24/3 24/3 24/3
27/23 30/5
31/24 32/1
34/25 49/2
54/19 55/6
63/18 64/2
66/21

**oversight [1]**
8/4

**overstepping
[1]** 62/19

**overthrow [2]**
51/25 53/17

**overthrowing
[1]** 51/21

**overwhelmed [3]**
48/10 56/10
56/11

**overwhelming
[1]** 61/24

**own [11]** 15/18
16/24 17/9
21/6 21/8
21/23 25/4
28/12 28/12
35/20 37/12

**owner [1]** 17/3

**P**

**pack [1]** 24/9
**paid [10]**
39/12 39/17
39/21 40/4
65/17 65/17
65/19 65/21
65/25 66/4

**pair [1]** 10/16
**pandemic [1]**
25/2

**paragraph [9]**
4/11 4/13 4/14

5/22 7/24 8/18
8/19 8/22 8/25

**paragraphs [4]**
4/3 4/7 4/20
4/21

**parents [11]**
14/25 15/18
15/20 23/7
23/18 24/7
24/14 27/22
55/16 64/1
64/5

**Parkway [1]**
1/17

**part [23]** 3/7
3/11 7/3 8/24
9/3 11/14
11/14 11/15
15/9 30/7 37/4
37/6 37/8
37/11 39/12
46/11 47/17
47/25 48/4
49/4 50/3
53/12 62/6

**participant [2]**
6/2 6/21

**participate [3]**
28/7 55/9
56/25

**particularly
[3]** 8/19 41/5
42/12

**partisan [2]**
60/10 62/25

**partner [1]**
23/20

**parts [1]** 46/9
**party [1]**
33/17

**passed [2]**
23/19 23/22

**past [2]** 13/18
27/5

**path [1]** 14/23
**patience [1]**
21/19

**pay [21]** 8/24
9/3 17/8 34/11
34/14 38/24
38/25 39/1
39/1 39/20
39/20 39/22
39/22 39/24
40/3 64/22
65/14 65/15
65/22 65/22
66/3

payments - property

**P**

**payments [1]**
39/25

**peacefully [2]**
29/8 58/6

**Pelosi [1]**
45/18

**Pelosi's [3]**
8/9 10/24 50/1

**penalties [2]**
38/19 39/24

**penalty [3]**
38/13 57/13
64/21

**penance [1]**
13/21

**people [77]**

**people's [3]**
23/10 24/16
24/25

**per [2]**  39/21
65/23

**perceptions [1]**
28/13

**perchance [1]**
54/24

**perfectly [1]**
64/1

**perhaps [1]**
20/23

**period [4]**
10/10 11/10
11/11 36/8

**permit [2]**
48/25 53/11

**permitted [1]**
37/11

**perpetrate [1]**
60/3

**perplexed [1]**
60/20

**perplexing [1]**
35/7

**perseverance
[1]**  27/11

**person [13]**
14/18 24/1
24/2 25/3 28/9
30/17 31/6
31/20 32/3
33/8 34/19
35/6 64/10

**person's [1]**
22/5

**personal [4]**
20/11 26/23
27/6 63/12

**personally [2]**
15/11 58/24

**persons [1]**
35/12

**perspective
[11]**  19/18
22/10 35/14
35/15 35/19
35/20 44/4
52/4 59/6
61/21 61/23

**perspectives
[2]**  35/8 60/4

**perverted [1]**
31/16

**Petersburg [1]**
1/18

**PHILLIPS [2]**
1/13 2/9

**photographs [1]**
45/19

**photos [1]**
29/24

**phrases [1]**
30/11

**physically [2]**
42/16 54/12

**picture [2]**
14/18 24/4

**pillar [1]**
25/20

**place [11]**  9/9
13/12 18/18
33/14 37/13
45/2 51/15
54/25 62/11
62/19 65/2

**Plaintiff [1]**
1/4

**plan [1]**  38/3

**planned [1]**
51/24

**planning [1]**
6/5

**platform [1]**
24/24

**platforms [1]**
30/2

**play [1]**  3/10

**plea [6]**  2/22
2/23 4/23 5/5
8/24 9/4

**please [5]**
14/2 16/6 19/5
22/14 26/6

**pocket [1]**
17/9

**podium [1]**

12/1

**point [5]**  32/6
35/3 47/8 52/8
60/11

**points [2]**  6/3
23/15

**poker [1]**
21/22

**police [13]**
7/16 29/18
29/22 30/3
30/9 36/9 37/5
37/7 37/12
48/9 54/19
56/20 56/22

**politely [2]**
29/18 29/19

**political [5]**
17/14 35/8
35/14 35/15
35/18

**pondered [1]**
63/18

**portion [1]**
38/25

**position [16]**
5/25 6/20
31/25 33/22
38/10 38/11
38/11 41/3
46/16 46/21
47/4 50/17
51/9 53/5 53/9
53/24

**positions [1]**
59/10

**positive [5]**
17/25 18/12
19/21 55/12
55/16

**positively [1]**
18/24

**possess [2]**
39/7 65/10

**posted [3]**
6/15 56/5
56/14

**potential [1]**
45/3

**poured [1]**
20/3

**pouring [1]**
28/12

**power [3]**
55/21 55/25
57/23

**preconceived
[1]**  54/20

**preference [1]**
11/21

**preparation [2]**
2/21 3/14

**prepare [2]**
12/13 12/24

**prepared [17]**
12/17 13/4
14/9 16/12
19/8 22/17
26/14 26/17
26/19 31/5
32/5 32/14
32/24 32/25
33/23 49/20
64/13

**prerogative [1]**
43/19

**presence [2]**
16/19 31/11

**present [3]**
21/1 42/19
59/10

**presentation
[1]**  11/21

**presented [2]**
6/4 59/15

**presentence [5]**
2/24 3/1
49/12 66/12
66/13

**preservation
[1]**  32/23

**preserve [1]**
62/24

**president [9]**
13/17 28/6
55/22 56/4
56/4 57/20
58/1 58/12
58/23

**president's [1]**
58/16

**press [1]**
59/20

**pretrial [1]**
30/11

**pretty [4]**
5/17 13/5 25/4
42/2

**prevent [1]**
27/3

**previous [1]**
55/25

**price [1]**
34/11

**prior [2]**  6/4
64/9

**prison [4]**
39/9 39/23
41/5 62/14

**Prisons [3]**
40/15 65/1
67/10

**privilege [1]**
20/11

**probably [6]**
9/6 33/21
33/23 48/6
55/23 59/6

**probation [36]**
2/5 2/16 2/24
3/19 4/12 4/18
5/19 5/22 6/24
10/2 36/6
39/16 39/19
41/8 41/15
42/12 42/14
42/24 43/2
43/10 43/14
43/17 44/12
44/16 44/25
50/14 53/25
65/3 65/4 65/7
65/9 65/18
66/10 66/18
66/20 66/21

**problem [1]**
59/18

**proceed [6]**
11/23 14/12
16/15 19/11
22/21 26/21

**proceedings [3]**
31/25 67/16
68/5

**process [4]**
31/17 55/9
59/9 63/23

**product [1]**
19/25

**production [1]**
15/4

**professional
[3]**  20/1
20/10 27/2

**profound [1]**
18/21

**prohibition [1]**
4/17

**project [1]**
20/3

**promoting [1]**
15/3

**property [5]**
6/12 9/8 9/17

**P**

property... [2]
28/9 48/3
proposition [4]
33/25 45/6
46/4 46/12
propound [1]
64/7
prosecution [1]
29/10
protest [3]
28/23 31/9
56/1
protesters [1]
28/18
proud [1]
21/24
proudly [1]
55/6
proven [2]
59/12 59/13
provide [6]
16/20 19/18
29/24 30/3
39/15 65/18
provided [2]
3/20 12/23
provides [1]
3/9
PSR [3]   4/3
7/23 8/3
PSRs [1]   9/20
psychological
[1]   32/6
public [7]
30/4 41/13
43/8 51/17
51/18 56/8
61/3
publicly [1]
56/15
publisher [1]
56/7
pulled [1]
54/19
punishment [3]
25/10 34/19
57/14
purportedly [1]
51/17
purposes [4]
5/12 6/8 43/4
51/21
push [2]   29/16
37/21
pushed [5]
10/18 36/18

45/23 46/6
50/3
pushing [1]
47/12
put [6]   14/24
24/16 31/5
32/14 35/19
45/12
puts [1]   33/25

**Q**

qualities [2]
16/23 18/12
quick [2]
36/14 66/23
quickly [3]
21/15 52/15
60/24
quite [4]   24/9
25/15 25/20
54/17

**R**

radical [1]
60/8
radicals [1]
42/11
raised [12]
3/19 14/18
14/20 20/24
21/8 23/8
27/22 54/13
54/22 54/23
55/5 55/10
raising [1]
20/17
rally [1]   6/9
rapidly [1]
51/7
rare [1]   15/14
rather [2]
17/20 32/22
read [8]   12/14
12/19 12/21
13/3 14/10
16/13 19/9
35/1
real [5]   25/9
25/10 25/20
36/13 66/23
reality [2]
60/8 60/9
realize [2]
26/25 28/14
realized [2]
52/4 56/16
realizing [1]
27/1

really [7]   3/6
13/21 23/3
34/14 35/2
60/9 60/13
reason [2]
18/15 35/12
39/4 55/1
58/22 59/19
59/19
reasons [1]
29/10
received [5]
13/14 41/7
41/15 41/19
42/23
recent [2]
19/17 57/17
recess [1]
66/24
recipes [1]
24/24
recognized [1]
18/7
recommend [2]
49/3 67/10
recommendation
[1]   2/25
reconsider [1]
41/4
record [8]   2/6
19/6 30/10
44/18 44/22
64/9 67/1 68/5
recorded [1]
56/7
recording [1]
7/25
recordings [1]
5/15
recreating [1]
45/2
recruiting [1]
20/18
Red [1]   15/1
reduction [1]
6/19
reference [1]
3/20
references [1]
7/24
reflect [2]
18/2 18/16
reflection [2]
27/9 36/1
regard [2]
7/19 21/7
regarding [6]
2/25 4/17

13/14 13/16
49/18 51/14
regardless [1]
63/10
regards [1]
48/21
REGGIE [2]
1/10 64/2
regret [6]
25/9 27/4
28/10 28/13
54/9 57/3
Regrettably [1]
37/14
regretted [1]
30/5
regular [2]
16/19
regularly [1]
18/3
rejected [1]
31/25
relates [1]
4/11
relationship
[2]   20/1
57/15
relative [1]
11/10
release [10]
10/8 11/18
38/21 39/3
39/12 39/13
44/13 65/2
65/13 65/16
released [3]
39/8 49/13
66/14
relevant [3]
3/6 3/11 4/2
religions [2]
17/13 23/11
religious [1]
30/16
relished [1]
7/12
relishing [1]
52/15
rely [3]   41/5
44/8 53/24
remaining [2]
4/20 48/17
remarkable [1]
21/25
remarks [1]
60/17
remember [2]
13/2 56/9

remembers [1]
4/22
reminded [1]
7/21
reminds [1]
3/4
remorse [2]
13/13 18/5
remorseful [1]
18/22
removed [2]
8/14 55/1
reoccurring [1]
27/3
repeat [1]
33/23
repeats [1]
13/15
repentant [1]
62/15
report [13]
2/24 3/1 3/19
9/22 10/1 10/2
40/13 40/16
49/12 64/25
66/12 66/13
66/18
Reporter [3]
1/22 1/23 68/3
reporting [1]
40/20
represent [1]
40/3
representation
[1]   40/5
Republican [1]
33/20
reputation [3]
31/6 32/15
33/9
request [2]
7/18 65/19
requested [1]
39/16
require [4]
9/15 38/23
39/22 67/10
required [2]
27/9 40/16
requirement [2]
39/11 65/12
researched [1]
24/20
reservation [1]
18/10
resides [1]
48/22
resisting [1]

**R**

**resisting...**
**[1]**   42/17
**resonated [1]**
20/4
**resource [2]**
17/24 24/23
**resources [2]**
24/12 24/21
**respect [9]**
15/4 15/19
23/9 23/10
23/11 30/2
35/4 35/5 54/8
**respectfully**
**[1]**   14/21
**respects [1]**
17/16
**responders [1]**
15/10
**response [1]**
3/20
**responsibility**
**[6]**   18/9
23/13 27/7
55/8 57/6
57/12
**responsible [2]**
27/14 48/2
**rest [2]**   36/3
37/4
**restitution [9]**
8/24 9/3 10/9
39/2 39/11
39/20 65/14
65/14 65/15
**result [7]**
9/13 31/2
35/16 48/1
61/18 61/19
64/22
**resulted [6]**
31/12 46/5
47/11 48/1
48/5 61/11
**retain [1]**
49/1
**retire [1]**
24/8
**retired [1]**
30/9
**review [3]**
2/21 6/16 49/8
**reviewed [1]**
65/3
**revolution [1]**
43/11

**rewards [1]**
14/22
**rides [1]**   3/9
**ridiculous [2]**
10/17 33/9
**rigged [1]**
52/1
**right [12]**   8/1
21/15 28/8
29/5 35/10
45/9 52/4
53/14 59/20
62/21 62/22
63/23
**rights [1]**
15/3
**riot [1]**   11/12
**rioters [2]**
11/15 29/12
**rioting [1]**
55/20
**rise [1]**   7/15
**risk [3]**   34/1
42/8 45/8
**road [3]**   20/18
25/12 45/11
**rock [1]**   20/7
**role [3]**   5/24
6/19 20/24
**room [2]**   1/24
41/20
**Rotunda [2]**
7/3 11/7
**ruling [1]**
28/25
**rush [1]**   11/6

**S**

**sacred [1]**
10/25
**sad [1]**   63/13
**saddened [1]**
30/5
**same [8]**   17/6
24/20 30/17
32/12 33/21
38/15 49/22
64/18
**sat [1]**   41/20
**satisfied [1]**
39/15
**saw [2]**   24/19
29/23
**saying [15]**
7/10 23/4
35/25 37/18
37/24 43/17
44/1 45/22

51/10 51/13
52/19 57/22
61/2 61/14
61/21
**scared [1]**
36/25
**scary [5]**
33/12 33/18
33/24 33/25
45/6
**scene [1]**   37/8
**scoring [1]**
30/12
**scuffle [1]**
29/23
**seat [1]**   12/3
**second [2]**
37/24 46/20
**Secondly [1]**
54/7
**seconds [1]**
10/15
**secure [1]**
10/25
**seeing [1]**
61/23
**seem [3]**   31/15
33/7 33/16
**seemed [1]**
52/14
**seems [6]**   6/17
47/9 51/13
61/7 64/9
64/10
**self [6]**   17/3
18/2 27/9
40/13 40/20
64/25
**self-examine**
**[1]**   18/2
**self-made [1]**
17/3
**self-reflection**
**[1]**   27/9
**self-report [2]**
40/13 64/25
**self-reporting**
**[1]**   40/20
**selfish [1]**
63/10
**selflessness**
**[1]**   20/22
**semi [1]**   24/8
**semi-retire [1]**
24/8
**Senate [3]**
4/25 5/9 10/13
**Senators [1]**

28/19
**send [6]**   34/8
38/13 43/2
44/4 62/13
62/18
**sending [7]**
34/20 41/12
42/9 43/1
44/24 63/23
63/24
**sending a [1]**
63/23
**sends [1]**
62/12
**sense [3]**   21/4
25/9 51/6
**sentence [24]**
4/12 4/23 6/24
6/25 25/25
30/7 34/18
39/9 39/24
40/2 40/15
41/5 42/13
43/24 44/12
50/11 63/19
64/23 64/24
65/24 66/2
67/5 67/5 67/6
**sentenced [2]**
4/18 41/18
**sentences [7]**
41/8 41/15
42/24 50/12
50/14 53/25
67/11
**sentencing [22]**
2/18 2/21
2/25 3/2 3/3
3/14 6/22 10/6
16/2 29/9
29/20 30/12
34/6 34/6 41/7
41/24 42/23
43/4 43/5
45/12 50/22
54/15
**SENTENCINGS [1]**
1/9
**separated [2]**
47/9 62/25
**separately [1]**
10/12
**serious [1]**
7/10
**seriousness [1]**
19/20
**serve [5]**
40/15 57/14

65/1 67/5
67/11
**served [2]**
23/12 27/25
**service [6]**
10/8 11/18
15/8 30/3 30/8
54/6
**serving [2]**
39/9 55/6
**set [2]**   9/19
50/24
**sets [1]**   17/12
**setting [1]**
28/23
**severe [1]**
20/20
**Shannon [1]**
19/7
**share [1]**   67/3
**shared [2]**
22/2 27/11
**shine [1]**   20/7
**short [4]**   13/5
24/22 36/8
39/9
**shouting [1]**
28/18
**shove [1]**
29/16
**show [1]**   59/16
**shown [2]**
16/24 17/7
**shutdown [1]**
17/9
**sides [2]**   59/9
60/1
**sign [3]**   30/18
35/13 35/18
**significant [7]**
11/10 11/11
17/22 20/23
25/5 25/15
44/6
**similar [2]**
34/21 45/4
**similarly [1]**
50/10
**simply [2]**
50/3 50/25
**singing [1]**
38/5
**single [2]**
25/3 51/19
**siren [3]**   4/24
5/2 5/8
**sit [2]**   21/19
45/9

**S**

sitting [1]
67/7
situated [1]
50/10
situation [10]
28/15 33/6
35/22 36/10
36/11 44/21
45/4 47/7 48/6
64/18
skills [1]
21/21
slanted [1]
60/13
slap [1]  34/12
slow [1]  24/15
slowly [1]
29/17
small [1]  24/1
snapshot [1]
25/18
social [5]
6/14 30/1
43/10 56/5
56/14
socially [1]
54/11
society [6]
14/22 17/25
18/14 27/7
36/4 57/9
socks [1]
15/10
somebody [8]
5/17 11/5 43/3
43/16 44/21
52/3 52/14
58/22
somebody's [1]
47/6
somehow [3]
46/6 47/12
59/16
someone [6]
17/6 24/5
30/17 31/4
47/12 52/5
someone's [2]
35/17 35/19
son [4]  14/4
14/7 14/15
16/25
sons [2]  16/18
21/1
soon [1]  24/15
Sorry [2]  17/1

26/18
sort [4]  7/12
31/2 36/7
45/22
sought [1]
16/23
space [1]
17/16
speak [9]  12/1
18/25 21/8
28/7 31/8
37/22 55/23
57/25 58/11
speaker [7]
7/5 10/23 12/2
31/18 36/11
45/18 52/5
Speaker's [13]
7/11 7/12 7/13
7/22 11/3
36/19 36/21
46/6 47/11
49/24 50/19
56/6 60/21
speaking [2]
14/17 23/25
special [1]
38/24
specific [2]
11/13 41/10
specifically
[6]  5/15 9/7
9/16 46/1 48/2
63/20
spectacle [1]
29/21
speculate [1]
45/14
speculation [1]
44/3
speech [4]
23/2 57/21
58/16 58/17
spent [5]  15/2
24/11 25/14
61/25 62/14
spewing [1]
33/1
spiritually [2]
25/13 54/12
spoke [2]
38/12 56/15
spouses [1]
16/25
Sr [1]  27/24
St [1]  1/18
stability [1]
63/22

staff [1]
52/21
stagger [1]
67/6
stairs [1]
10/23
stand [4]  12/4
16/20 42/1
55/9
stands [1]
42/4
stars [1]  20/7
start [3]  4/5
47/22 47/22
started [1]
24/21
state [3]  2/5
8/9 65/9
stated [2]
51/25 56/3
statement [18]
2/22 4/23 11/4
12/13 12/25
14/9 16/12
16/21 19/9
22/18 26/14
40/24 50/7
51/6 51/9
51/12 53/22
60/21
statements [5]
11/2 35/4 52/7
52/10 52/14
STATES [5]  1/1
1/3 1/10 2/3
2/9
stations [1]
59/6
stay [1]  30/25
stayed [2]
27/23 46/11
stems [1]  21/6
step [2]  13/16
64/2
stepped [1]
10/13
steps [1]  24/6
still [3]
16/19 38/17
54/7
stoicism [1]
23/23
stood [2]
29/19 47/16
stop [6]  48/9
48/12 55/21
57/22 58/3
62/20

stories [2]
25/8 60/12
storm [1]
42/18
story [1]  60/5
straight [10]
14/23 36/6
41/8 41/15
42/12 42/14
42/23 43/14
43/16 50/13
strange [1]
61/7
stranger [1]
37/25
street [2]
1/14 58/6
strength [2]
20/21 25/21
stress [1]
13/18
strict [1]
27/24
strictly [1]
55/19
strong [1]
17/7
stronger [1]
27/12
struggled [2]
34/25 35/2
stuff [1]  38/4
stumbled [1]
27/4
submitted [7]
2/23 3/3 3/5
12/20 35/2
38/10 62/9
subsequent [1]
6/13
substance [1]
59/15
substantially
[1]  6/1
successful [1]
44/16
suffer [1]
64/3
suffered [3]
13/15 13/17
20/20
suffering [1]
24/19
suicide [2]
30/7 37/7
suite [2]  1/17
10/24
sum [1]  18/15

supervised [9]
10/8 11/18
38/21 38/22
39/3 39/12
39/13 65/2
65/16
supervision [8]
13/19 30/11
39/5 44/15
48/23 48/25
65/6 65/11
support [1]
33/1
supporting [1]
29/22
suppressed [1]
60/13
suppression [1]
59/3
Supreme [3]
28/17 28/23
32/20
sure [3]  15/15
62/17 65/13
surrounding [1]
19/17
SWAT [12]  7/25
7/25 8/5 8/5
8/11 8/11 9/24
9/24 11/4 11/4
11/5 11/5
swiftly [1]
14/24
system [4]
30/13 39/10
54/6 57/4

**T**

table [1]
21/22
table's [1]
17/18
talk [8]  21/20
21/20 41/6
41/10 41/11
43/5 66/20
66/23
talked [3]
4/24 7/21
36/24
talking [5]
54/21 58/17
58/18 59/11
62/20
tape [1]  5/15
tapes [1]
45/25
taste [1]  24/1

**T**

**taught [7]**
23/8 23/9
23/13 28/2
30/15 55/8
64/5
**taxpayers [1]**
39/1
**teach [1]**
21/21
**teaching [1]**
15/2
**teachings [1]**
30/16
**team [2]**   15/9
20/7
**telling [3]**
60/4 60/15
60/19
**tenacity [2]**
17/7 25/21
**term [5]**   11/17
11/18 38/20
38/21 63/21
**Terrace [1]**
10/12
**terrifying [1]**
63/15
**tested [2]**
39/8 65/12
**testify [1]**
19/15
**therefore [1]**
51/15
**thinking [3]**
15/17 52/4
58/12
**though [4]**
29/12 32/16
37/5 51/17
**thought [7]**
29/4 30/13
37/1 56/17
58/16 61/13
63/25
**thoughts [2]**
28/19 28/21
**thousands [3]**
25/19 35/11
35/11
**three [3]**   15/2
31/20 48/19
**threshold [1]**
10/14
**throughout [7]**
16/22 18/3
19/25 23/15

30/15 33/8
64/11
**ticket [1]**
54/14
**times [2]**
55/14 57/20
**today [12]**
14/16 14/17
16/19 18/15
18/25 20/25
21/1 23/3
23/25 53/2
57/13 63/6
**today's [2]**
40/1 66/1
**together [6]**
6/8 17/11
17/17 27/13
49/22 63/7
**told [4]**   32/15
56/22 58/18
62/10
**took [5]**   9/9
33/22 37/13
45/2 51/15
**topics [1]**
17/18
**torn [1]**   33/16
**total [1]**
18/15
**totality [2]**
18/20 24/2
**touched [1]**
22/7
**tough [2]**
25/12 35/23
**towards [2]**
27/7 29/17
**track [1]**
14/24
**transcript [2]**
1/9 68/4
**transfer [1]**
55/21
**transferred [3]**
48/24 49/1
65/7
**trash [1]**   31/6
**trauma [1]**
20/20
**traumatized [4]**
15/12 37/13
52/17 61/12
**traveled [3]**
6/6 6/8 51/24
**treat [2]**
14/21 17/19
**trepidation [1]**
29/5

**tried [3]**   9/13
29/5 56/17
**tries [1]**
18/17
**troubling [4]**
22/4 31/15
52/10 52/11
**true [9]**   25/17
28/14 35/25
35/25 44/23
59/23 62/8
63/25 68/4
**truly [3]**
20/22 54/8
56/10
**Trump [7]**
32/14 32/23
32/24 33/20
51/18 58/12
58/23
**Trump's [1]**
31/25
**trustworthiness
[1]**   20/8
**truth [2]**   60/3
60/19
**truths [1]**
27/10
**try [2]**   21/24
62/24
**trying [4]**
13/1 20/15
38/7 55/19
**two [12]**   8/3
8/22 9/1 20/25
26/22 28/22
33/19 48/19
51/22 51/23
53/15 53/19
**type [5]**   3/10
24/1 32/6 39/6
39/7

**U**

**U.S [1]**   1/23
**unaffected [1]**
17/6
**unaware [1]**
55/3
**unbelievable
[1]**   25/19
**unbelievable
amount [1]**
25/19
**Uncle [1]**
21/18
**uncomfortable
[1]**   27/10

**under [3]**
13/19 40/11
65/25
**undermine [1]**
28/8
**understandably
[1]**   41/19
**understands [1]**
18/7
**undoubtedly [1]**
22/7
**unfortunate [3]**
31/1 63/9
63/14
**unfortunately
[8]**   23/19
33/22 38/15
38/15 52/18
57/2 59/25
60/7
**unhappy [1]**
37/2
**uniqueness [1]**
21/4
**UNITED [5]**   1/1
1/3 1/10 2/3
2/9
**unless [1]**
39/18
**unwavering [1]**
20/1
**up [20]**   9/13
10/22 16/18
24/10 27/25
33/5 33/19
35/3 35/7
36/19 37/16
37/19 42/2
42/3 44/21
45/1 47/6
62/10 63/25
64/15
**uplift [1]**
17/25
**upon [8]**   10/9
10/24 31/24
32/20 43/17
44/8 60/9 60/9
**Upper [1]**
10/11
**upset [6]**   8/11
50/2 51/14
51/17 51/20
61/3
**urge [1]**   22/1
**USAO [1]**   1/14
**use [4]**   39/6
39/7 65/10

65/10
**used [1]**   30/1
**utmost [1]**
18/22

**V**

**vaccinated [3]**
35/10 35/13
35/15
**value [1]**
14/22
**values [1]**
18/16
**various [2]**
17/24 46/13
**varying [1]**
17/18
**verbal [1]**
42/16
**versus [1]**
6/25
**victim [1]**
8/18
**video [8]**   3/4
7/24 8/5 30/1
46/16 49/25
50/16 50/21
**videos [1]**
6/15
**view [3]**   7/9
7/14 7/16
**viewed [1]**
29/21
**views [2]**   60/8
62/22
**violence [2]**
29/11 29/13
**volunteered [3]**
15/1 15/8
24/12
**voted [2]**
31/22 51/18
**votes [1]**   32/1
**vouch [1]**
18/11

**W**

**walk [4]**   10/18
34/13 46/23
58/6
**walked [6]**   7/2
7/3 29/19
32/23 46/21
53/4
**walking [3]**
45/17 46/17
52/9
**walks [3]**

**W**

**walks... [3]**
17/13 18/3
18/4
**WALTON [1]**
1/10
**wander [1]**
11/7
**wandered [1]**
54/25
**wants [2]**  3/10
53/21
**war [1]**  27/25
**warmth [1]**
21/10
**warrant [2]**
40/16 43/24
**warrants [1]**
30/11
**was a [1]**  61/1
**was under [1]**
40/11
**Washington [6]**
1/5 1/15 1/25
6/8 28/6 55/22
**watch [2]**  3/7
3/8
**watched [6]**
5/14 28/17
28/23 41/20
45/25 46/1
**waving [1]**
42/17
**way [25]**  7/10
11/7 15/17
21/8 21/22
24/20 25/20
27/4 29/4 29/5
29/21 31/8
38/2 42/10
45/5 50/18
51/2 51/3
51/11 55/18
63/10 64/4
64/5 64/17
67/7
**ways [2]**  56/22
64/12
**Wearn [2]**  16/8
16/18
**welcome [2]**
17/13 26/3
**weren't [2]**
47/17 61/18
**West [1]**  10/11
**what's [3]**
11/3 51/1
64/15
**whatsoever [1]**
39/4
**who's [5]**  7/5
18/16 33/19
34/19 52/3
**whole [3]**
24/19 33/9
56/23
**whose [2]**
32/19 32/19
**wider [1]**
21/13
**willing [4]**
20/14 32/12
35/19 67/4
**willingly [2]**
15/12 57/12
**willingness [1]**
27/10
**win [3]**  32/17
33/20 33/21
**wing [3]**  5/1
5/9 10/13
**wisdom [1]**
20/7
**wish [7]**  12/14
12/23 14/10
16/13 19/9
22/18 26/15
**wishes [1]**
15/17
**withdrawing [2]**
4/7 4/16
**withheld [1]**
60/13
**within [8]**  4/3
8/22 20/5
21/13 25/13
42/15 42/21
65/12
**without [4]**
18/10 23/20
27/8 30/10
**witness [3]**
11/25 12/3
19/15
**witnessed [3]**
20/1 21/17
28/18
**witnesses [2]**
11/22 11/25
**Witnessing [1]**
21/1
**won [2]**  32/1
32/16
**wonder [2]**
32/10 35/18
**words [1]**  8/11
**work [7]**  14/23
17/7 20/2
25/11 25/22
30/21 61/8
**worked [3]**
24/14 35/1
36/24
**working [1]**
19/24
**world [5]**
13/12 15/16
18/18 33/14
54/7
**worried [1]**
62/12
**wow [1]**  36/20
**wrestling [1]**
30/16
**wrist [1]**
34/13
**wrong [1]**
30/17

**Y**

**year [9]**  10/7
13/19 21/22
38/21 44/14
45/4 62/13
64/15 65/2
**years [17]**
13/9 15/2
15/13 15/18
16/22 16/22
19/24 21/14
23/12 23/17
23/20 24/8
27/23 29/1
33/19 54/5
55/6
**yelling [3]**
7/25 8/5 51/4
**youngest [2]**
14/4 14/15

**Z**

**ZACHARY [2]**
1/13 2/8